IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE<br><br>CARMEN LILLIAM CORRALIZA RODRIGUEZ<br>DEBTOR | CASE NO. 17-02111 MCF<br><br>CHAPTER 13 |

### DEBTOR'S MOTION REQUESTING ORDER FOR AUTHORIZATION TO BEGIN EVALUATION OF LOSS MITIGATION WITH MORTGAGE CREDITOR

TO THE HONORABLE COURT:

NOW COMES, **CARMEN LILLIAM CORRALIZA RODRIGUEZ,** the Debtor, through the undersigned attorney, and very respectfully states and prays as follows:

1. The Debtor is the owner of a residential real property encumbered by a mortgage in favor of secured creditor Banco Popular de Puerto Rico (hereinafter "BPPR"), which secured creditor filed POC #1-1, in the above captioned case.

2. The Debtor respectfully states that she wishes to apply for a mortgage loan modification and to begin evaluation for a loss mitigation or loan modification of the aforestated mortgage loan with BPPR.

3. Therefore, the Debtor respectfully requests an Order from this Honorable Court authorizing the Debtor to meet with BPPR to begin the evaluation for loss mitigation or mortgage loan modification.

**WHEREFORE**, the Debtor respectfully requests this Honorable Court grant the present motion and enter an Order approving authorization for the debtor to initiate a loss mitigation or loan modification evaluation with secured creditor BPPR, in the above captioned case.

Page – 2-
Motion Requesting Authorization
for Loss Mitigation Evaluation
Case no. 17-02111 MCF13

**NOTICE: Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006 (f) if you were served by mail, any party against whom this paper has been served, or any other party to the action that objects to the relief sought herein shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.**

**I CERTIFY** that on this same date a copy of this motion was filed with the Clerk of the Court using the CM/ECF filing system which will send notice of same to the Chapter 13 Trustee and all system participants; I also certify that a copy of this motion was sent via US Mail to the Debtor and to all CM/ECF non-participants, creditors and parties in interest appearing in the master address list, hereby attached.

    **RESPECTFULLY SUBMITTED**. In San Juan, Puerto Rico, this 2nd day of February, 2018.

                                */s/Roberto Figueroa Carrasquillo*
                                USDC #203624
                                ***RFIGUEROA CARRASQUILLO LAW OFFICE PSC***
                                ATTORNEY FOR PETITIONER
                                PO BOX 186 CAGUAS PR 00726
                                TEL NO 787-744-7699 FAX 787-746-5294
                                Email: rfigueroa@rfclawpr.com

Label Matrix for local noticing
0104-3
Case 17-02111-MCF13
District of Puerto Rico
Old San Juan
Fri Feb 2 13:24:20 AST 2018

BANCO POPULAR DE PUERTO RICO (BDS)
BERMUDEZ, DIAZ & SANCHEZ LLP
PO BOX 362708
SAN JUAN, PR 00936-2708

US Bankruptcy Court District of P.R.
Jose V Toledo Fed Bldg & US Courthouse
300 Recinto Sur Street, Room 109
San Juan, PR 00901-1964

Att Services
PO Box 192830
San Juan, PR 00919-2830

BANCO POPULAR DE PUERTO RICO
BERMUDEZ DIAZ & SANCHEZ LLP
PO BOX 362708
SAN JUAN, PUERTO RICO 00936-2708

Banco Popular de Puerto Rico
Mortgage Servicing Department
PO Box 362708
San Juan, PR 00936-2708

Claro
PO Box 360998
San Juan, PR 00936-0998

MIDLAND FUNDING LLC
PO BOX 2011
WARREN, MI 48090-2011

Midland Funding
2365 Northside Dr Ste 30
San Diego, CA 92108-2709

ALEJANDRO OLIVERAS RIVERA
ALEJANDRO OLIVERAS CHAPTER 13 TRUS
PO BOX 9024062
SAN JUAN, PR 00902-4062

CARMEN LILLIAM CORRALIZA RODRIGUEZ
PO Box 193504
San Juan, PR 00919-3504

MONSITA LECAROZ ARRIBAS
OFFICE OF THE US TRUSTEE (UST)
OCHOA BUILDING
500 TANCA STREET SUITE 301
SAN JUAN, PR 00901

ROBERTO FIGUEROA CARRASQUILLO
PO BOX 186
CAGUAS, PR 00726-0186

End of Label Matrix
Mailable recipients    12
Bypassed recipients     0
Total                  12