B0015-471

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NO. 17-02111 -MCF |
| CARMEN LILLIAM CORRALIZA RODRIGUEZ | CHAPTER 13 |
| DEBTORS | |
| | |
| BANCO POPULAR DE PUERTO RICO | |
| MOVANT | |
| v. | |
| CARMEN LILLIAM CORRALIZA RODRIGUEZ | |
| ALEJANDRO OLIVERAS RIVERA CHAPTER 13 TRUSTEE | |
| RESPONDENTS | |

## MOTION FOR RELIEF FROM STAY

TO THE HONORABLE COURT:

BANCO POPULAR DE PUERTO RICO ("Banco Popular"), through its undersigned counsel, respectfully alleges, states and prays:

1.    Jurisdiction is granted by 28 U.S.C. §1334 and by 28 U.S.C. §157, and this is an action pursuant to 11 U.S.C. §362 (01) and/or 11 U.S.C. §362 (d)(2).

2.    On March 29, 2017, Debtor filed a petition for relief under Chapter 13 of the Bankruptcy Code.

3.    Banco Popular is the holder in due course of a Mortgage Note in the principal sum of $146,520.00 bearing interest at 4.50% per annum, modified loan amount at the principal sum of $148,975.40. bearing interest at 3.75% per annum, due in April, 2043. See Exhibit A

4.    On June 13, 2017, Banco Popular filed a secured claim, with a proof of lien, in the amount of $192,447.05, for loan number xxxxxx2046, with pre-petition arrears of $28,472.10 encumbering Debtor(s)' real property. See Claims Register No. 1.

RE: CARMEN LILLIAM CORRALIZA RODRIGUEZ – (17-02111)
    Motion for Relief from Stay

5.      Since the filing date, Debtor's account has accumulated Post-Petition arrears for a total
of $3,363.00, as described in the verified statement attached as **Exhibit B** of this motion, not included fees
for mailing cost at certified mail, entitling this Honorable Court to grant Banco Popular relief from the
automatic stay, pursuant to 11 U.S.C. §362 (d)(1).

6.      Respondent is the duly-appointed Chapter 13 Trustee.

7.      Debtor(s)' residence lacks equity and is not necessary to an effective reorganization.

8.      Movant argues that considering what us here in above stated, cause exists for granting
relief from the stay pursuant to section 362 d(1) d(2), supra, since debtor has failed to make post-petition
payments accordingly.

9.      As shown from the attached certification(s), Debtor(s) is/are not eligible for the
protections of the Servicemen's Civil Relief Act of 2003. See **Exhibit C**.

10.     Banco popular informs that Debtors no have requested moratorium or loss mitigation
program for the mortgage loan

WHEREFORE, it is respectfully requested that this Honorable Court enter an order granting
Banco Popular relief from the automatic stay.

## NOTICE

Within fourteen (14) days after service as evidenced by the certification, and an additional three (3)
days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this
paper has been served, or any other party to the action who objects to the relief sought herein, shall
serve and file an objection or other appropriate response to this paper with the clerk's office of the
United States Bankruptcy Court for the District of Puerto Rico. If no objection or other response is
filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless:
(i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in
the opinion of the court, the interest of justice requires otherwise.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a copy of the *Motion for Relief from Stay* was electronically filed by
Banco Popular, using the CM/ECF System, which will send a notification to the Chapter 13 Trustee
and to the debtor(s)' attorney. In addition, a copy of the *Motion for Relief from Stay* was sent by Banco
Popular, to the debtor(s)' address of record.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico on the 12th day of January, 2021.

<div style="margin-left: 40%;">

**BERMUDEZ DIAZ & SANCHEZ, LLP**
**Attorneys for Banco Popular**
Suite 200
500 De La Tanca Street
San Juan, Puerto Rico 00901
Tel. (787) 523-2670
FAX. (787) 523-2664

S/ JOSÉ J. SÁNCHEZ-VÉLEZ
JOSÉ J. SÁNCHEZ-VÉLEZ
USDC PR No. 214606
E-mail: jsanchez@bdslawpr.com

</div>

## STATEMENT OF ACCOUNT

| DEBTOR: | CARMEN CORRALIZA-RODRIGUEZ | BPPR NUM: | XXXXXX2046 |
|---|---|---|---|
| BANKRUPTCY NUM: | 17-02111 | FILING DATE: | 03/29/17 |

### SECURED LIEN ON REAL PROPERTY

| | | | |
|---|---|---|---|
| Principal Balance as of | 03/01/17 | | 137,888.70 |
| Accrued Interest from | 02/01/17  to  01/31/21 | | 20,399.97 |
| Interest: 3.750% | Accrued num. of days: 1440 | Per Diem: 14.166647 | |

Monthly payment to escrow

| Hazard | $0.00 | Taxes | $0.00 | MIP | $0.00 | | |
|---|---|---|---|---|---|---|---|
| A&H | $0.00 | Life | $0.00 | Escrow Balance | $0.00 | | |
| Total montly escrow | | | $0.00 | Months in arrears 52 | | Escrow in arrears | 0.00 |
| | | | | | | Accrued Late Charge: | 1,253.88 |

Advances Under Loan Contract:

| Title Search | $46.80 | Tax Certificate | $0.00 | Inspection | $317.56 | | 2,171.42 |
|---|---|---|---|---|---|---|---|
| Other | $1,807.06 | | | | | | |
| Legal Fees: | | | | | | | 650.00 |
| Total Estimate due as of | 01/31/21 | | | | | | 162,363.97 |

### AMOUNT IN ARREARS

| PRE-PETITION AMOUNT: | | | | |
|---|---|---|---|---|
| 32 | payments of | $775.00 | each one | 24,800.00 |
| | acummulated lated charges | | | 850.68 |

Advances Under Loan Contract:

| Title Search | $46.80 | Tax Certificate | $0.00 | Inspection | $317.56 | | 2,171.42 |
|---|---|---|---|---|---|---|---|
| Other | $1,807.06 | | | | | | |
| Legal Fees: | | | | | | | 650.00 |
| | | | | A = TOTAL PRE-PETITION AMOUNT | | | 28,472.10 |

| POST-PETITION AMMENDED: | | | | |
|---|---|---|---|---|
| 17 | payments of | $775.00 | each one | 13,175.00 |
| | Late Charge | | | 403.20 |
| | Inspection | | | 148.72 |
| | Post Petition Legal Fees | | | 1,087.60 |
| | | | B = TOTAL POST-PETITION AMOUNT | 14,814.52 |

| POST-PETITION AMOUNT: | | | | |
|---|---|---|---|---|
| 3 | payments of | $775.00 | each one | 2,325.00 |
| | Late Charge | | | 0.00 |
| | Post Petition Legal Fees | | | 1,038.00 |
| | | | C = TOTAL POST-PETITION AMOUNT | 3,363.00 |
| | | TOTAL AMOUNT IN ARREARS | | 46,649.62 |

### OTHER INFORMATION

| Next pymt due | 03/01/17 | Interest rate | 3.750% | P & I | $689.93 | Monthly late charge | $31.00 |
|---|---|---|---|---|---|---|---|
| Investor | Banco Popular | Property address | JARDINES DE CAPARRA 44N CALLE MARG NORTE, BAYAMON PR | | | | |

The subscribing representative of Banco Popular de Puerto Rico declares under penalty of perjury that according to the information gathered by Banco Popular de Puerto Rico the foregoing is true and correct.

*José A. Colón Rivera*

BANCO POPULAR DE PUERTO RICO

01/12/21

DATE

SACCTFHA   José A. Colón Rivera

**Loan Number: 07-9686644**

--------------------------------------**-ALLONGE**--------------------------------------

---Los términos de este Pagaré así como los de la hipoteca que lo garantiza, han quedado modificados y aclarados mediante la Escritura Pública Ochenta y Cuatro (84)de fecha veinticinco (25) de marzo de dos mil trece (2013), ante el Notario Público Rosanna Rivera Sánchez en San Juan, Puerto Rico, a los únicos efectos de establecer que:--------------------------------------------------------------------------------------------------------

---a) El balance principal de la Hipoteca se modifica para reflejar el balance actual de **$148,975.40.**------------------------------------------------------------------------------------------------------------------

---b) La cantidad principal adeudada se amplia por la cantidad principal de **$2,455.40.**-------------

---c) La tasa de interés y el pago mensual de principal e intereses se enmienda a los efectos de ser pagado como sigue: --------------------------------------------------------------------------------------------------

---- Comenzando el **primero (1ro) de mayo de dos mil trece (2013)**, LA DEUDORA HIPOTECARIA pagará mensualmente durante **trescientos sesenta (360)** meses pagos de principal e interés, en la cantidad de **$689.93**, calculados a razón de una tasa de interés anual igual al **3.750%** anual. ---------------------------------------------------------------------------------------------

---d) La fecha del último pago de principal e interes será el **primero (1ro) de abril dos mil cuarenta y tres (2043)**, permaneciendo inalterados todos los demás términos y condiciones del referido Pagaré e Hipoteca.----------------------------------------------------------------------------------------------

En San Juan, Puerto Rico, a los 25 días del mes de marzo del año 2013.

_____
BANCO POPULAR DE PUERTO RICO
representado por:
**JOHANA IVETTE OYOLA HENRIQUEZ**

_____
**CARMEN LILLIAM CORRALIZA RODRIGUEZ**

**NOTARIO PUBLICO**

---En el mismo día, mes y año del otorgamiento expedí Primera Copia Certificada a solicitud de **BANCO POPULAR DE PUERTO RICO.**---------------------

---**DOY FE.**------------------



**NOTARIO PÚBLICO**

---**ESCRITURA NUMERO: OCHENTA Y CUATRO (84)**------------

------------------**AMPLIACION Y MODIFICACION DE**-----------

----------------------------**PAGARE E HIPOTECA**------------

---En la ciudad San Juan, Puerto Rico, hoy a los veinticinco (25) días del mes de marzo del año dos mil trece (2013).-----------------

--------------------------------**ANTE MI**----------------------

------------------**ROSANNA RIVERA SÁNCHEZ**-----------------

---Abogado(a) y Notario Público, de y para el Estado Libre Asociado de Puerto Rico, con oficinas abiertas en el Edificio Centro de Seguros, Oficina Cuatrocientos Siete (407), Cuarto (4to.) Piso, Avenida Ponce de León Número Setecientos Uno (701), Parada Once (11), en Santurce, San Juan, Puerto Rico y con residencia en la ciudad de San Juan, Puerto Rico.---------------------

-------------------------------**COMPARECEN**-----------------

---**DE LA PRIMERA PARTE: CARMEN LILLIAM CORRALIZA RODRÍGUEZ**, mayor de edad, soltera, propietaria y vecina de Bayamón, Puerto Rico; identificado(s) mediante licencia(s) de conducir, en adelante denominado(s) en adelante denominada como **"LA DEUDORA HIPOTECARIA".**----------------------------

---**DE LA SEGUNDA PARTE: BANCO POPULAR DE PUERTO RICO**, seguro social patronal 660-561870, un **ACREEDOR HIPOTECARIO** comercial organizado y existente de acuerdo a las leyes del Estado Libre Asociado de Puerto Rico, representada por **JOHANA IVETTE OYOLA HENRIQUEZ**, mayor de edad, casada, ejecutiva y vecina de Carolina, Puerto Rico, según establece el Certificado de Resolución Corporativa con fecha de treinta y uno (31) de diciembre de dos mil doce (2012), número de afidávit Mil Quinientos Diecisiete (1,517), ante la Notario Público Marta M. Kury La Torre, cuyas facultades acreditará donde y cuantas veces fuere menester, en adelante denominada como **"ACREEDOR HIPOTECARIO".**-----------------------------

---Y por no conocer personalmente a los aquí comparecientes DE LA

1



PRIMERA PARTE DOY FE de identificarlos según lo autoriza el Artículo Diecisiete c (17 c), de la Ley Notarial de Puerto Rico, y de conocer personalmente al representante del compareciente DE LA SEGUNDA PARTE. Por sus dichos DOY FE de su edad, estado civil, profesión y vecindad.-----------------------------------------------

---El(la) Notario Autorizante DA FE de que de haber utilizado un medio supletorio para identificar a algún compareciente, el documento o tarjeta utilizado para realizar dicha identificación, contiene el retrato y la firma del compareciente correspondiente.--------

---ME ASEGURAN tener los aquí comparecientes, y a mi juicio tienen estos, la capacidad legal necesaria para llevar a cabo este otorgamiento, y en tal virtud, libre y espontáneamente:------------------

--------------------------------EXPONEN---------------------------

---PRIMERO: LA DEUDORA HIPOTECARIA es dueña en pleno dominio de la siguiente propiedad (en adelante denominada la la "Propiedad":--------------------------------------------------

---URBANA: Solar número Cuarenta y Cuatro (44), Manzana N, Jardines de Caparra, Juan Sánchez de Bayamón, Puerto Rico, con cabida de Trescientos Treinta y Seis (336.00) metros cuadrados, en lindes por el NORTE, con un camino sombreado, distancia de Catorce (14.00) metros; por el SUR, con la Calle Marginal Norte en igual distancia; por el ESTE, con el solar número Cuarenta y Tres (43), distancia de Veinticuatro (24.00) metros; y por el OESTE, con el solar número Veinticinco (25), en igual distancia. --------------------

----Inscrita al folio 165 del tomo 577 de Bayamón, finca número 26,406, Registro de la Propiedad de Puerto Rico, Sección Primera de Bayamón. -------------------------------------------------------



---SEGUNDO: LA DEUDORA HIPOTECARIA adquirió la descrita propiedad mediante la Escritura Número Noventa y Cuatro (94), otorgada en Bayamón, Puerto Rico, el día veintinueve (29) de marzo del dos mil diez (2010), ante la Notario Público Wanda M. Moreno Lugo, e inscrita al asiento 815 del diario 1287, Registro de la Propiedad de Puerto Rico, Sección Primera de Bayamón.--------------

--TERCERO: El veintinueve (29) de marzo del dos mil diez (2010), la aquí compareciente, otorgó en San Juan, Puerto Rico, la Escritura Número Noventa y Cinco (95), ante el/la Notario Público Wanda M.

2

Moreno Lugo, en adelante la "Hipoteca" en garantía de un pagaré por la suma de **CIENTO CUARENTA Y SEIS MIL QUINIENTOS VEINTE DOLARES ($146,520.00)**, expedido a favor de **RELIABLE FINANCIAL SERVICES, INC.** haciendo negocios como **RELIABLE MORTGAGE**, o a su orden, con intereses al cuatro y un medio por ciento (4 ½ %) anual, y vencedero el primero (1ro.) de abril del año dos mil cuarenta (2040), en adelante el "Pagaré". Presentado y pendiente de inscripción al asiento 816 del diario 1287, Registro de la Propiedad de Puerto Rico, Sección Primera de Bayamón.----------------

---CUARTO: Manifiestan los comparecientes que desean modificar y aclarar los términos del Pagaré y la Hipoteca antes relacionada a los únicos efectos de establecer que:---------------------------------------



---a) El balance principal de la Hipoteca se modifica para reflejar el balance actual de **CIENTO CUARENTA Y OCHO MIL NOVECIENTOS SETENTA Y CINCO DOLARES CON CUARENTA CENTAVOS ($148,975.40).**---------------------------------

---b) La cantidad principal adeudada se amplia por la cantidad principal de **DOS MIL CUATROCIENTOS CINCUENTA Y CINCO DOLARES CON CUARENTA CENTAVOS ($2,455.40).**----------------

---c) La tasa de interés y el pago mensual de principal e intereses se enmienda a los efectos de ser pagado como sigue: ---------------------

---- Comenzando el **primero (1ro) de mayo de dos mil trece (2013)**, **LA DEUDORA HIPOTECARIA** pagará mensualmente durante **trescientos sesenta (360)** meses pagos de principal e interés, en la cantidad de **SEISCIENTOS OCHENTA Y NUEVE DOLARES CON NOVENTA Y TRES CENTAVOS ($689.93)**, calculados a razón de una tasa de interés anual igual al **tres y tres cuartos por ciento (3 ¾ %)** anual. ----------------------------------------------



---d) La fecha del último pago de principal e interes será el **primero (1ro) de abril dos mil cuarenta y tres (2043)**, permaneciendo inalterados todos los demás términos y condiciones del referido

3

Pagaré e Hipoteca.------------------------------------------------------

-e) El tipo mínimo para la primera subasta en caso de ejecución será la cantidad indicada en el **"PARRAFO CUARTO inciso "a"** del presente instrumento público.-------------------------------------------

------**QUINTO:** Si sin el previo consentimiento del Acreedor Hipotecario se vende o traspasa toda o cualquier parte de la Propiedad, o cualquier interés en la Propiedad (o en caso que el Deudor no sea una persona natural se vende o traspasa un interés propietario en el Deudor), entonces el Acreedor Hipotecario podrá requerir el pago completo e inmediato de todas las cantidades aseguradas por la Hipoteca. Sin embargo, el Acreedor Hipotecario no ejercerá esta opción en caso que la Ley Aplicable la prohíba. -----------

---Si el Acreedor Hipotecario ejerce esta opción, le dará aviso al Deudor de la aceleración del vencimiento. El aviso proveerá un período no menor de treinta (30) días a partir de su fecha, dentro del cual el Deudor vendrá obligado a pagar todas las cantidades aseguradas por la Hipoteca. Si el Deudor dejare de pagar estas cantidades antes del vencimiento de este periodo, el Prestador podrá invocar cualquier remedio permitido por la Hipoteca, sin más aviso o requerimiento al Deudor. -------------------------------------------------

---Toda notificación dada por el Deudor o el Acreedor Hipotecario con relación a la Hipoteca será por escrito. Cualquier notificación hecha al Deudor con relación a la Hipoteca se estimará haber sido dada al Deudor cuando se envíe por correo de primera clase o cuando de hecho se entregue a la dirección notificada por el Deudor si se envía por cualquier otro medio. La notificación a cualquier Deudor constituirá notificación a todos los Deudores, salvo que la Ley Aplicable expresamente disponga otra cosa. La dirección para notificaciones al Deudor será la dirección de la Propiedad a menos que el Deudor haya designado una dirección de notificación sustituta mediante notificación al Acreedor Hipotecario. El Deudor notificará



4

prontamente al Prestador su cambio de dirección. Si el Acreedor Hipotecario especifica un procedimiento para informar un cambio de dirección del Deudor, el Deudor informará el cambio de dirección únicamente mediante ese procedimiento especificado por el Acreedor Hipotecario. En todo momento podrá haber solamente una dirección designada para notificaciones bajo la Hipoteca. Cualquier notificación al Prestador será dada entregándola o enviándola por correo de primera clase a la dirección del Acreedor Hipotecario salvo que el Acreedor Hipotecario haya designado otra dirección mediante notificación al Deudor. Ninguna  notificación con relación a la Hipoteca se considerará hecha al Acreedor Hipotecario hasta que sea recibida por éste. Si cualquier notificación requerida en la Hipoteca es también requerida por la Ley Aplicable, el requerimiento de la Ley Aplicable satisfará el requisito correspondiente bajo la Hipoteca. -------------------------------------------------------------------

--- **SEXTO:** Manifiesta además la aquí compareciente que la modificación aquí efectuada, no constituye novación del contrato de hipoteca relacionado anteriormente.---------------------------------

---**SEPTIMO:** Que el compareciente de la **SEGUNDA PARTE** es el portador y actual tenedor por endoso del pagaré hipotecario objeto de está transacción.---------------------------------------------------

--- **OCTAVO:** Manifiesta **LA DEUDORA HIPOTECARIA** que no ha efectuado ninguna transacción que pueda afectar el rango de la hipoteca antes mencionada y que de surgir alguna carga o gravamen que pueda afectar el rango de la hipoteca aquí ampliada y modificada, corregirá de inmediato la situación para que se cumpla con lo aquí pactado y de lo contrario **EL ACREEDOR HIPOTECARIO**, podrá dejar sin efecto esta escritura de cancelación parcial y modificación y podrá proceder a declarar vencida la hipoteca y reclamar el saldo de la misma.---------------------------------------

---**DECIMO:** Yo, el (la) Notario, CERTIFICO haber tenido ante mí 'EL



PAGARE', habiéndolo identificado por su texto, y de haberle adherido al mismo una nota de modificación o "ALLONGE", bajo mí firma y sello notarial, a los efectos de los cambios que surgen del otorgamiento de esta escritura y que luego lo devolví al Banco para su custodia.------------------------------------------------------------

---UNDECIMO: La compareciente solicita del Honorable Registrador que inscriba la **AMPLIACION Y MODIFICACIÓN DE PAGARE E HIPOTECA** por este medio efectuada.----------------------------------

---DUODECIMO: Los comparecientes, sus sucesores, o causahabientes por cualquier título, se comprometen a realizar cualquier gestión, otorgar cualquier escritura, aclaratoria, de rectificación u otra o entregar cualquier documento que fuese necesario para inscribir correctamente en el Registro de la Propiedad correspondiente, las transacciones llevadas a efecto en esta escritura. Así mismo se comprometen a pagar los derechos adicionales a los pagados que puedan requerirse en esta escritura o su inscripción.------------------------------------------------------------

---DECIMO TERCERO: LA DEUDORA  HIPOTECARIA acepta y reconoce que los pagos mensuales de principal e intereses no incluyen los pagos necesarios para contribuciones y seguros, los cuales podrán cambiar periódicamente durante el término de la hipoteca.------------------------------------------------------------

--------------------------**ADVERTENCIA**------------------------

---Yo,  el (la) Notario, DOY FE de haberle hecho a la compareciente las reservas y advertencias legales pertinentes relativas a este otorgamiento.------------------------------------------------------------

--------------------------**LECTURA Y ACEPTACIÓN**------------------------

---La otorgante ha leído la presente escritura, se ratifica en su contenido y la acepta en todas sus partes, por encontrarla redactada conforme a sus deseos e instrucciones.----------------------------------

---Yo, el(la) Notario Autorizante, hago a la compareciente las





6

advertencias legales pertinentes a este otorgamiento, de las cuales

dichos otorgantes manifiestan haber quedado enterados, luego de

renunciar estos al derecho que les advertí tenían de requerir la

presencia de testigos instrumentales en este otorgamiento.-----------

---**LEÍDA** esta escritura por la otorgante, procede a firmarla,

escribiendo, además, sus respectivas iniciales en cada uno de los

folios de la misma.----------------------------------

---Y de todo lo que afirmo o relato en este instrumento público, Yo,

el(la) Notario Autorizante, **DOY FE.**----------------------------------



7

Commonwealth of Puerto Rico

CASE NO. 501-7994335-703

-------------------MORTGAGE NOTE-------------------
-------------------PAGARE HIPOTECARIO-------- 9686644 ---

**US $146,520.00**

**March 29, 2010**
San Juan, Puerto Rico

1.    "Borrower" means each person signing at the end of this Note and the
1.    "Deudor Hipotecario" significa cada persona que firma al final de este Pagaré y sus

person's successors and assigns.  "Lender" means---------------------------
sucesores y cesionarios. "Acreedor Hipotecario" significa-----------------------------------

----RELIABLE FINANCIAL SERVICES INC., doing business as RELIABLE MORTGAGE--

and its successors and assigns.---------------------------------------------------
y sus sucesores y cesionarios.-----------------------------------------------------

2.    In return for a loan received from Lender, Borrower promises to pay
2.    A cambio de un préstamo recibido del Acreedor Hipotecario, el Deudor Hipotecario se

the principal sum of ONE HUNDRED FORTY SIX THOUSAND FIVE HUNDRED TWENTY---
obliga a pagar la cantidad principal de CIENTO CUARENTA Y SEIS MIL QUINIENTOS VEINTE--------------

Dollars   (US$146,520.00)   plus   interest,   to   the   order   of   the
Dólares  (US$146,520.00), más intereses, a la orden del Acreedor Hipotecario.  ------------

Lender.   Interest will be charged on unpaid principal, from the date of
Se   cargará   intereses   sobre   el   principal   adeudado,   desde   la   fecha

disbursement of the loan proceeds by Lender, at the rate of FOUR ---------
en que el Acreedor Hipotecario desembolse el producto del préstamo a razón de CUATRO Y -----------

AND A HALF percent  (4 1/2%) per year until the full amount of principal
MEDIO  porciento  (4 ½%)  anual  hasta  que  el  principal  haya  sido  totalmente

has been paid.--------------------------------------------------------------------
pagado.---------------------------------------------------------------------------

3.    Borrower's promise to pay is secured by a mortgage that is dated the
3.    La obligación de pagar del Deudor Hipotecario está garantizada por una hipoteca, otor-

same date as this Note and call the "Security Instrument".   The Security
gada en la misma fecha que este Pagaré, denominada "Hipoteca".  La Hipoteca protege al Acree-

Instrument protects the Lender from losses which might result if Borrower
dor Hipotecario de pérdidas que podrían resultar si el Deudor Hipotecario incumpliere con los

defaults under this Note.--------------------------------------------------------
términos de este Pagaré.---------------------------------------------------------

4.    (A)  Borrower shall make a payment of principal and interest to Lender
4.    (A)  El Deudor Hipotecario hará un pago de principal más intereses, al Acreedor Hipo-

on the first day of each month beginning on May first, 2010.   Any
tecario el primer día de cada mes, comenzando el primero de mayo de 2010.  Cualquier prin-

principal and interest remaining on the first day of April 2040, --------
cipal más intereses adeudados al día primero de abril del 2040, vencerá en esa

will be due on that date, which is called the maturity date.--------------
misma fecha que es denominada la fecha de vencimiento.--------------------------------

(B)  Payment shall be made at the address notified to Borrower at
(B)  El pago sera efectuado en la dirección notificada al Deudor Hipotecario en el

closing or at such place as Lender may designate in writing by notice to
cierre o en cualquier otro lugar que el Acreedor Hipotecario designe por escrito con notifi-

Borrower.-------------------------------------------------------------------------
cación al Deudor Hipotecario.----------------------------------------------------

(C)  Each monthly payment of principal and interest will be in the amount of -----
(C)  Cada pago mensual de principal más intereses sera por la cantidad de --------
SEVEN HUNDRED FORTY TWO DOLLARS WITH FORTY CENTS ($742.40)-----------------
SETECIENTOS CUARENTA Y DOS DOLARES CON CUARENTA CENTAVOS ($742.40)-----------------------

This amount will be part of a larger monthly payment required by the Secu-
Esta cantidad es parte de un pago mensual mayor, requerido por la Hipoteca que sera apli-

rity Instrument, that shall be applied to principal, interest and other
cado al principal, intereses y a otros conceptos en el orden descrito en la Hipoteca.----

items in the order described in the Security Instrument.------------------
----------------------------------------------------------------------------

5.    Borrower has the right to pay the debt evidenced by this Note, in
5.    El Deudor Hipotecario tiene el derecho de pagar la deuda evidencia por este Pagaré,

whole or in part, without charge or penalty, on the first day of each month.
total o parcialmente, sin recargo ni penalidad, el primer día de cualquier mes.  El Acreedor

Lender shall accept prepayment on other days provided that Borrower pays
Hipotecario aceptará el prepago cualquier otro día siempre que el Deudor Hiptecario pague

interest on the amount prepaid for the remainder of the month to the extent
intereses en la cantidad prepagada por el resto del mes requerido por el Acreedor Hipotecario

required by Lender and permitted by regulations of the Secretary.  If
y permitido por la reglamentación del Secretario.  Si el Deudor Hipotecario hace prepagos

Borrower makes a partial prepayment, ther will be no changes in the due
parciales, no habrá cambios en la fecha de vencimiento o la cantidad de pago mensual a menos

date or in the amount of monthly payment unless Lender agrees in writing to
que el Acreedor Hipotecario acepte los cambios por escrito.-----------------------

those changes.------------------------------------------------------------
----------------------------------------------------------------------------

6.    (A)  If Lender has not received the full monthly payment required by
6.    (A)  Si el Acreedor Hipotecario no hubiere recibido el pago total mensual requerido

the Security Instrument, as described in Paragraph 4(C) of this Note, by
por la Hipoteca, tal como se describe en el párrafo 4(C) de este Pagaré, al cabo de quince

the end of fifteen (15) calendar days after the payment is due, Lender may
(15) días calendarios después del vencimiento del pago, el Acreedor Hipotecario, podrá cobrar

collect a late charge in the amount of four percent (4.00%) of the overdue
un recargo por demora en la cantidad de un cuatro por ciento (4.00%) de la suma atrasada de

amount of each payment.---------------------------------------------------
cada pago.------------------------------------------------------------------

(B)  If Borrower defaults by failing to pay in full any monthly pay-
(B)  Si el Deudor Hipotecario incumpliere por no efectuar el pago completo de cual-

ment, then Lender may, except as limited by regulations of the Secretary
quier pago mensual, entonces, el Acreedor Hipotecario podrá, sujeto a las limitaciones regla-

in the case of payment defaults, require immediate payment in full of the
mentarias del Secretario para el caso de incumplimiento por falta de pago, exigir el pago

principal balance remaining due and all accrued interest.  Lender may
total inmediato del saldo impagado del principal y de todos los intereses acumulados.  El

choose not to excercise this option without waiving its rights in the event
Acreedor Hipotecario podrá elegir no ejercitar esta opción sin renunciar a sus derechos en

of any subsequent default.  In many circumstances regulations issued by the
caso de cualquier incumplimiento subsiguiente.  En muchas circunstancias las reglamentaciones

Secretary will limit Lender's rights to require immediate payment in full
emitidas por el Secretario limitan los derechos del Acreedor Hipotecario para exigir el pago

in the case of payment defaults.  This Note does not authorize acceleration
total inmediato por incumplimiento en el pago de plazos vencidos.  Este Pagaré no autoriza la

when not permitted by HUD regulations.  As used in this Note, "Secretary"
aceleración de su vencimiento cuando los reglamentos de HUD no lo permitan.  Tal como se usa

means the Secretary of Housing and Urban Development or his or her
en este Pagaré, la palabra "Secretario" significa el Secretario del Departamento de

designee.------------------------------------------------------------------
Desarrollo Urbano y Vivienda de los Estados Unidos de América o su representante.--------
----------------------------------------------------------------------------

(C)  If Lender has required immediate payment in full, as described
(C)  Si el Acreedor Hipotecario ha exigido el pago total inmediato, según se describe

above, Lender my require Borrower to pay costs and expenses including rea-
anteiormente, podrá requerirle al Deudor Hipotecario que pague costas y gastos, incluyendo

sonable and customary attorney's fees for enforcing this Note to the extent
honorarios de abogado razonables y acostumbrados, hasta el máximo por la ley aplicable para

not prohibited by applicable law.    Such fees and costs shall bear interest
exigir el cumplimiento de este Pagaré.  Dichos honorarios, costas y gastos devengarán

from the date of disbursement at the same rate as the principal of this
intereses, desde el día de su desembolso, al mismo tipo que el principal de este Pagaré.----------

Note.---------------------------------------------------------------------------
-------------------------------------------------------------------------------
------

7.  Borrower and any other person who has obligations under this Note
7.   El Deudor Hipotecario y cualquier otra persona que esté obligada bajo este Pagaré

waive the rights of presentment and notice of dishonor.  "Presentment"
renuncian a los derechos de presentación y aviso de rechazo.  "Presentación" significa el

means the right to require Lender to demand payment of amounts due.
derecho de requerirle al Acreedor Hipotecario que demande el pago de las cantidades vencidas.

"Notice of Dishonor" means the right to require Lender to give notice to
"Aviso de Rechazo" significa el derecho de requerirle al Acreedor Hipotecario notificar a

other persons that amounts due have not been paid.-------------------------
otras personas que las cantidades vencidas no han sido pagadas.-------------------------

8.  Unless applicable law requires a different method, any notice that
8.    Salvo que el Derecho Aplicable requiera un método distinto, cualquier notificación que

must be given to Borrower under this Note will be given by delivering it or
deba hacerse al Deudor Hipotecario bajo este Pagaré se hará mediante entrega o por correo de

by mailing it by first class mail to Borrower at the Property address below
primera clase, dirigida al Deudor Hipotecario, a la dirección de la Propiedad abajo indicada

or at a different address if Borrower has given Lender a notice of Borrow-
o a una dirección diferente, si el Deudor Hipotecario le ha notificado al Acreedor Hipoteca-

er's   different   address.-----------------------------------------------------
rio de una dirección diferente.-----------------------------------------------------

    Any notice that must be given to Lender under this Note will be given
    Cualquier notificación que se deba hacer al Acreedor Hipotecario bajo este Pagaré le

by first class mail to Lender at the address stated in Paragraph 4(B) or at
será hecha por correo de primera clase a la dirección expresada en el Párrafo 4(B) o a una

a different address if Borrower is given a notice of that different
dirección diferente si al Deudor Hipotecario le ha sido notificada una dirección diferente.--------

address.------------------------------------------------------------------------
--------------------------------------------------------------------------------

9.  If more than one person signs this Note, each person is fully and
9.    Si más de una persona firma este Pagaré, cada una queda total y personalmente obligada

personally obliged to keep all the promises made in this Note, includ-
a cumplir todos los compromisos contraídos en este Pagaré, incluyendo el pagar la cantidad

ing the promise to pay the full amount owed.  Any person who is a guaran-
total adeudada.  Cualquier persona que sea garantizadora, fiadora o endosante de este Pagaré

tor, surety or endorser of this Note is also obligated to do these things.
está también obligada a cumplir lo estipulado.  Cualquier persona que asuma estas obligacio-

Any person who takes over these obligations, including the obligations of a
nes, incluyendo las obligaciones de un garantizador, fiador o endosante de este Pagaré, tam-

guarantor, surety or endorser of this Note, is also obligated to keep all
bién está obligada a cumplir todos los compromisos contraídos en el mismo.  El Acreedor

of the promises made in this Note.    Lender may enforce its rights under
Hipotecario podrá hacer valer sus derechos bajo este Pagaré en contra de cada persona indivi-



this note against each person individually or against all signatories
dualmente o en contra de todos los signatarios conjuntamente.  A cualquier suscribiente de

together.   Any one person signing this Note may be required to pay all of
este pagaré le podrá ser requerido el pago de todas las cantidades adeudadas bajo el mismo.

the amounts owed under this Note.------------------------------------------------
--------------------------------------------------------------------------------

    BY SIGNING BELOW, Borrower accepts and agrees to the terms and cove-
AL SUSCRIBIR este Pagaré el Deudor Hipotecario acepta y está de acuerdo con los térmi-

nants contained in this Note.---------------------------------------------------
nos y pactos contenidos en el mismo.-------------------------------------------

    This Note is secured by a mortgage executed by Deed number 95 ---------
Este Pagaré está garantizado por Hipoteca constituida por la Escritura número 95 -----------

of this same date before the subscribing Notary.--------------------------------
otorgada en esta misma fecha ante el Notario suscribiente.-----------------------------

    In San Juan, Puerto Rico, on March 29, 2010.----------
En San Juan,  Puerto Rico a 29 de marzo  de 2010.------------------------

PAY TO THE ORDER OF
BANCO POPULAR DE PUERTO RICO
WITHOUT RECOURSE
POPULAR MORTGAGE, INC.

CARMEN LILLIAM CORRALIZA RODRIGUEZ
BORROWER

_____
BORROWER

Lot 44, Block N
Jardines de Caparra Dev.
Juan Sánchez Ward
Bayamón, Puerto Rico
Registry Address
Dirección Registral

N-44 Marginal Norte St.
Jardines De Caparra Dev.
Bayamón, P.R. 00959
Property Address
Dirección de la Propiedad

Pay to the order of
Popular Mortgage, Inc.
Without recourse,
Reliable Financial Services, Inc.
doing business as Reliable Mortgage.

Ymaris Vélez Marchand
Operations Manager

Affidavit Number: 3,260
Afidávit Número: 3,260

---Acknowledged and subscribed to before me by the above signatories, of the personal-----
---Reconocido y suscrito ante mí por los arriba firmantes, de las circunstancias-----

circumstances contained in the Mortgage deed hereinbefore described, whom I have-------
personales que se relacionan en la antes descrita escritura de hipoteca, y a quienes----

identifed as expressed in said deed.------------------------------------------------
he identificado según se expresa en la misma escritura.--------------------------------

PAY TO THE ORDER OF
WITHOUT RECOURSE
BANCO POPULAR DE PUERTO RICO

NOTARY PUBLIC

----On the same date of its execution at the request of **Reliable Financial Services Inc.**, doing business as **Reliable Mortgage**, I issued FIRST CERTIFIED COPY of this Deed. I the Notary CERTIFY.------------------



------NOTARY PUBLIC------

Primera Hipoteca / Segunda Hipoteca



CLE-P02*





---

FHA CASE NO: 501-7994335-703

---NUMBER: NINETY FIVE (95) -------------------------------
--- Número: NOVENTA Y CINCO (95) ---------------------

-------------------FIRST MORTGAGE-------------------
-------------------**PRIMERA HIPOTECA**-------------------

---In San Juan, Commonwealth of Puerto-------------
---En San Juan, Estado Libre Asociado de----------

Rico, this twenty-nine (29) day of March of the year
Puerto Rico, hoy veintinueve (29) de marzo del año --------

two thousand ten (2010).------------------------------
dos mil diez (2010).----------------------------------

-------------------BEFORE ME-------------------------
-------------------ANTE MI----------------------------

---WANDA M. MORENO LUGO, Notary Public in---------------
---WANDA M. MORENO LUGO, Notario Público en------------

Puerto Rico, with offices at San Juan, Puerto Rico--------
Puerto Rico, con oficinas en San Juan, Puerto Rico--------

and residence in San Juan, Puerto Rico.--------------
y residencia en San Juan, Puerto Rico.---------------

-------------------APPEAR----------------------
-------------------COMPARECEN------------------

---The parties mentioned in Paragraphs Ninth and
---Las partes nombradas en los Párrafos Noveno y Décimo de esta

Tenth of this Deed, hereinafter called the "Bor-
Escritura, denominadas de aquí en adelante "Deudor Hipotecario"

rower" and the "Lender", whose personal circum-
Y "Acreedor Hipotecario", cuyas circunstancias personales apa-

stances are set forth in said paragraphs.------
recen en dichos párrafos.----------------------------

---The appearing parties assure me that they are
Asegúranme los comparecientes hallarse en el pleno goce de sus

in the full exercise of their civil rights without
derechos civiles, sin que me conste nada en contrario, y

anything to the contrary being known to me, and
teniendo a mi juicio la capacidad legal necesaria para este

being in my judgment legally competent to execute
Otorgamiento, libremente----------------------------

this document, they freely----------------------------

-------------------STATE AND COVENANT-------------------
-------------------DECLARAN Y CONVIENEN-----------------

FIRST: That the Borrower is the owner of the
PRIMERO:Que el Deudor Hipotecario es el dueño de la propiedad o

property or properties described in Paragraph
propiedades descritas en el Párrafo Octavo de esta Escritura

Eighth of this Deed, hereinafter called the "Pro-
denominada en lo sucesivo la "Propiedad" y tiene el derecho

perty" and has the right to mortgage the Property;
de hipotecar la Propiedad; que la propiedad está libre de

that the property is unencumbered, except for
Cargas y gravámenes, excepto por las cargas inscritas y que el

encumbrances of record and that the Borrower will
Deudor Hipotecario garantizará y defenderá su título a la Pro-

warrant and defend the title to the Property
piedad contra toda reclamación y demanda.---------------------

against all claims and demands.--------------------
---------------------------------------------------------------

**SECOND:**   That as evidence of a loan received from
**SEGUNDO:**   Que como evidencia de un préstamo recibido del Acree-

Lender, the Borrower as of this date has subs-
dor Hipotecario, el Deudor Hipotecario ha suscrito en esta

cribed a promissory note in the sum of ONE HUNDRED ---
misma fecha un pagaré por la suma de CIENTO --------------

FORTY SIX THOUSAND FIVE HUNDRED TWENTY DOLLARS-------
CUARENTA Y SEIS MIL QUINIENTOS VEINTE DOLARES-------------------

($146,520.00) with interest at the rate of FOUR -----
($146,520.00) con intereses a razón de CUATRO ------------------

AND A HALF percent (4 1/2%)per annum until the total
Y MEDIO  por ciento (4 1/2%) anual,  hasta el--------------------

satisfaction of the same, payable TO RELIABLE FINANCIAL
saldo total del mismo, pagadero a favor del RELIABLE FINANCIAL----

SERVICES,INC., doing business as Reliable Mortgage----
SERVICES, INC., doing business as Reliable Mortgage------------

or in its order, the principal and interest being
o a u orden y pagadero el principal e intereses en-----------

payable in monthly installments of SEVEN HUNDRED FORTY
plazos mensuales de SETECIENTOS CUARENTA Y DOS--------------------

TWO DOLLARS WITH FORTY CENTS --------------------------
DOLARES CON CUARENTA CENTAVOS --------------------------------

(US$742.40) commencing on the first day of-------
(US$742.40) comenzando el día primero de------------------------

May of the year  two thousand ten------------------
mayo  del año dos mil diez ----------------------------------

(2010) and a like amount on the first day of each
(2010) e igual cantidad en cada uno de los días primero de

succeeding month until full payment of the debt,
cada mes subsiguiente hasta el pago total de la deuda, la cual

which if  not paid earlier, will be totally due and
si no es pagada antes, será totalmente vencedera y pagadera el

payable on the first day of April of the year---
primero de abril   del año --------------------------------

two thousand forty (2040)  authenticated by----------
dos mil cuarenta (2040) autenticado por el-------------------

the authorizing Notary, as per Affidavit Number Three ---
Notario Autorizante, bajo Afidávit Número Tres Mil Doscientos ---

Thousand Two Hundred Sixty (3,260) ----------------------------
Sesenta (3,260) ------------------------------------------------

**THIRD:**  In order to guarantee the total  and com-
**TERCERO:**   Con el propósito de garantizar el total  y completo

plete payment of the debt as evidenced by the
pago de la deuda que evidencia el pagaré descrito anteriormente,

above described promissory note, as well as each
así como todas y cada una de las condiciones que el mismo con-

and every one of the conditions therein container, ---
tiene, y para garantizar además, tres sumas adicionales de

and to further secure three additional amounts of
--------------------------------------------------

TEN PERCENT OF THE ORIGINAL LOAN AMOUNT--------- each,
DIEZ POR CIENTO DE LA CANTIDAD ORIGINAL DEL PRESTAMO cada una,----

which are stipulated to cover (a) interest in ad--
ue se fijan para cubir (a) intereses además de los garanti----

dition to those secured by law, (b) the amount
zados por la ley, (b) la suma que el deudor se obliga a satis-

which the debtor undertakes to pay as a liquidated
facer como suma líquida sin necesidad de liquidación y apro-

amount without necessity for liquidation and ap-
bación por el tribunal para costas, gastos y honorarios de

proval by the court to cover costs, expenses and
abogado para el caso de que el tenedor del pagaré tome acción

attorney's fees in the event the holder of the
Judicial en ejecución de hipoteca y © cualesquiera otros ade-

Note has to take recourse to foreclose or judicial
lantos que puedan hacerse dentro de este contrato además de las

collection, and (c) any other advances that may be
cantidades que el pagaré expresa, el Deudor Hipotecario por la

made under this contract in addition to the
presente constituye una Primera Hipoteca (Hipoteca) sobre la

amounts stated in the Note, the Borrower hereby
Propiedad que ha sido descrita en el párrafo Octavo, incluyendo

constitutes a First Mortgage (Security Instrument)
todas sus edificaciones, maquinarias, instalaciones y cualquier

on the Property described in Paragraph Eighth,
otro edificio o edificios y estructuras que se construyan en la

including all of its buildings, machinery, in-
Propiedad así como cualquier otra maquinaria o instalaciones

stallations and any other building or buildings
que se coloquen en la Propiedad o en los edificios que existan

and structures that may be constructed on it as
en la misma, o que sean construidas allí en el futuro, durante

well as any other machinery or installations that
la vigencia de esta hipoteca, incluyendo todos sus usos, servi-

May be placed on the Property or in the buildings
dumbres y demás pertenencias, así como sus rentas y productos

existing on the same or which may be constructed
de las mismas y todos los aparatos e instalaciones de cualquier

thereon in the future, during the period of time
clase para suplir y distribuir calor, refrigeración, alumbrado,

that the mortgage in the effect, including all of
Calefacción, agua o energía y todo el servicio e instalaciones

Its uses, sevitudes and other appurtenances, as
necesarias instaladas o que se instalen en el futuro en la Pro-



Page 3 of 31        Puerto Rico Revised Form August 1996

well as its rents and the product of the same and all
piedad y en general sobre todo derecho de propiedad, titulo e

apparatus and installations of any kind for the fur-
interés que tenga el otorgante sobre la Propiedad.----------------

nishing and distribution  of heat, refrigeration, light,
------------------------------------------------------------------

water or power and all the services and necessary
------------------------------------------------------------------

installations  presently installed upon which or which may
------------------------------------------------------------------

be in the future installed upon the Property and in
------------------------------------------------------------------

general  upon  all  of the property rights, title and
------------------------------------------------------------------

interest that the executing party may have in the
------------------------------------------------------------------

Property.---------------------------------------------------------
------------------------------------------------------------------

**FOURTH**: Borrwer and Lender further coventant and agree
**CUARTO**:  El Deudor Hipotecario y el Acreedor Hipotecario pactan

as  follows:-------------------------------------------------------
y convienen, además:-----------------------------------------------

---1.  Payment of Principal, Interest and Late Charge.
---1.  Pago de Principal, Intereses y Recargos por Demora. El Deudor

Borrower shall pay when due the principal of, and
Hipotecario pagará puntualmente, a su vencimiento, el principal

interest o the debt evidenced by the Note and late
mas los intereses sobre la deuda evidenciada por el Pagaré y los

charges due under the Note.----------------------------
recargos por demora adeudados conforme al Pagaré.-----------------

---2.  Monthly Payment  of Taxes, Insurance and Other
---2.  Pago Mensual de Contribuciones, Seguros y Otros Cargos.

Charges.  Borrower shall include in each monthly pay-
El Deudor Hipotecario incluirá con cada pago mensual, junto con

ment, together with the principal and interest as set
el principal e intereses pactados en el Pagaré y cualquier recargo

forth in the Note and any late charges, a sum for
por demora adeudado, una suma para  (a) contribuciones tasadas o

(a) taxes and special assessments levied or to be
impuestas o a ser tadadas o impuestas sobre la Propiedad, (b) pagos

levied against the Property, (b) leasehold payments
de cánones de arrendamiento o de renta para el terreno donde ubica

or ground rents on the Property, and © premiums for
la Propiedad, y (c) primas de seguro requeridas en el Párrafo 4.

insurance required under Paragraph 4.  In any year
En cualquier año en que el Acreedor Hipotecario deba  pagar una

in which the Lender must pay a mortgage insurance
prima de seguro al Secretario de----------------------------------

premium to the Secretary-------------------------------
------------------------------------------------------------------

of Housing and Urban Development, ("Secretary), or
Desarrollo Urbano y Vivienda ("Secretario"), o en cualquier año

in any year in which such premium would have been
en que dicha prima pudiese ser requerida si el Acreedor Hipote-

required if Lender still held the Security Instru-
cario aún es el tenedor del Instrumento Garantizador, cada pago

ment, each monthly payment shall also include
mensual incluirá cualquier de: (i) una suma igual a la prima

either: (i) a sum for the annual mortgage insur-
de seguro anual a ser pagada por el Acreedor Hipotecario al

ance premium to be paid by Lender to the Secre
Secretario, o (ii) un cargo mensual en lugar de la prima de

tary, or (ii) a monthly charge instead of a mort-
seguro si el Instrumento Garantizador retenido por el Secreta-

gage insurance premium if this Security Instrument
rio es una suma razonable determinada por el Secretario.

is held by the Secretary, in a reasonable amount
Excepto por el cargo mensual impuesto por el Secretario, estos

to be determined by the Secretary. Except for the
conceptos se llamarán "Partidas de Plica" los fondos pagados

monthly charge by the Secretary, these items are
al Acreedor Hipotecario se llamarán "Fondos de Plica". ----------

called "Escrow Items" and the sums paid to the lender
-------------------------------------------------------------------

are called "Escrow Funds".------------------------
-------------------------------------------------------------------

---Lender may, at any time, collect and hold
---El Acreedor Hipotecario podrá, en cualquier momento, cobrar

amounts for Escrow Items in an aggregate amount
y retener Partidas de Plica en una cantidad agregada que no

not to exceed the maximum amount that may be
excederá la suma máxima que pudiese ser requerida para la

required for Borrower's escrow account under the
Cuenta de plica del Deudor Hipotecario bajo el "Real Estate

Real Estate Settlement Procedures Act of 1974,
Settlement Procedures Act" del 1974, 12 U.S.C. § 2601 et seq. y

12 U.S.C. $2601 et seq. and implementing regula-
Sus Reglamentos, 24 C.F.R. Part 3500, según sean enmendados de

tions, 24 C.F.R. Part 3500, as they may be amended
tiempo en tiempo ("RESPA"), excepto que la reserva permitida

from time to time ("RESPA"), except that the
por RESPA para desembolsos no anticipados o desembolsos hechos

cushion or reserve permitted by RESPA, for unan-
con anterioridad a la disponibilidad de los fondos del Deudor

ticipated disbursements or disbursements made
Hipotecario en la cuenta no podrán estar basados en las canti-

before the Borrower's payments are available in
dades vencidas para la prima de seguro de hipoteca. -----------

The account may not be based on the amounts due for
-------------------------------------------------------------------



the mortgage insurance premium.--------------------
------------------------------------------------

---IF the amounts held by Lender for Escrow Items
---Si las cantidades retenidas por el Acreedor Hipotecario para

exceed the amounts permitted to be held by RESPA,
las Partidas de Plica excedieran las cantidades permitidas por

Lender shall account to borrower for the excess
RESPA, el Acreedor Hipotecario dispondrá del exceso de los fon-

funds as required by RESPA.------------------------
dos en la forma requerida por RESPA.------------------------

---If the amounts of funds held by Lender at any
---Si los fondos retenidos por el Acreedor Hipotecario en cual-

time is not sufficient to pay the Escrow Items
quier momento no fuesen suficientes para pagar las Partidas

when due, Lender may notify the Borrower and re-
de Plica a su vencimiento, el Acreedor Hipotecario podrá noti-

quire Borrower to make up the shortage as permit-
ficar y requerir al Deudor Hipotecario pagar la diferencia

ted by RESPA.------------------------------------
según permitido por RESPA.------------------------

---The Escrow Funds are pledged as additional
---Los Fondos de Plica se pignoran como garantía adicional a

security for all sums secured by this Security
todas las sumas aseguradas por esta Hipoteca.  Si el Deudor

Instrument.  If Borrower tenders to Lender the
Hipotecario satisface al Acreedor Hipotecario dichas sumas,

full payment of all such sums, Borrower's account
la cuenta del Deudor Hipotecario se acreditará por el balance

shall be credited  with the balance remaining for
pendiente en las partidas (a), (b) y (c) y cualquier plazo de

all installment items (a), (b) and (c) and any
prima de seguro que el Acreedor Hipotecario no ha sido obligado

mortgage insurance premium installment that Lender
a pagar al Secretario, y el Acreedor Hipotecario reembolsará

has not become obliged to pay to the Secretary,
prontamente el exceso de los fondos al Deudor Hipotecario.

and Lender shall proptly refund any excess funds
Inmediatamente antes de la venta mediante la ejecución de la

to Borrower.  Immediately prior to a foreclosure
hipoteca de la Propiedad o su adquisición por el Acreedor Hipo-

sale of the Property or its acquisition by Lender,
cario, la cuenta del Deudor Hipotecario deberá acreditarse

Borrower's account shall be credited with any bal-
con cualquier balance resultante de todas las partidas (a), (b)

ance remaining  for all installments for items (a)
y (c).------------------------------------------

(b) and (c).------------------------------------
------------------------------------------------

---3. <u>Application of Payments</u>.  All payments under
---3.  <u>Aplicación de Pagos</u>.  Todos los pagos bajo los párrafos

Paragraphs 1 and 2 shall be applied by Lender as
1 y 2 serán aplicados por el Acreedor Hipotecario como sigue: --

follows:---------------------------------------------
-----------------------------------------------------

---<u>First</u>, to the mortgage insurance premium to be
---<u>Primero</u>, a la prima de seguro hipotecario a ser pagada por

paid by Lender to the Secretary or to the monthly
el Acreedor Hipotecario al Secretario o al cargo mensual paga-

charge by the Secretary instead of the monthly
dero al Secretario en lugar de la prima mensual del seguro

mortgage insurance premium;---------------------
Hipotecario;-----------------------------------------

---<u>Second</u>, to any taxes, special assessments
---<u>Segundo</u>, a cualquier tipo de contribuciones, impuestos

leasehold, payments or ground rents, and fire
especiales, cánones de arrendamiento o renta por el uso del

flood and other hazard insurance premiums, as
suelo donde ubica la propiedad y las primas de seguro contra

required;---------------------------------------------
fuego, inundaciones y otros riesgos, según requeridas;----------

---<u>Third</u>, to interest due under the Note;-------
--- <u>Tercero</u>, a intereses vencidos conforme el Pagaré;---------

---<u>Fourth</u>, to amortization of the principal of the
---<u>Cuarto</u>, a la amortización del principal del Pagaré; y------

Note; and--------------------------------------------
-----------------------------------------------------

---<u>Fifth</u>, to late charges due under the Note.---
---<u>Quinto</u>, a los recargos por demora adeudados conforme el

-----------------------------------------------------
Pagaré. ----------------------------------------------

---4.   <u>Fire, Flood, and Other Hazard Insurance.</u>
---4.  <u>Seguros Contra Fuego, Inundaciones y Otros Riesgos.</u>  El

Borrower shall insure all improvements on the
Deudor Hipotecario asegurará las mejoras ahora existentes o

Property, whether now in existence or subsequently
Subsiguientemente edificadas sobre la Propiedad, contra ries-

erected, against any hazards, casualties and
gos, pérdidas y contingencias, incluyendo fuego, para los cua-

contingencies, including fire, for which Lender
les el Acreedor Hipotecario exige seguro. Dicho seguro será

requires insurance. This insurance shall be main-
mantenido en las cantidades y por los plazos que el Acreedor

tained in the amounts and for the periods that
Hipotecario requiera.  El Deudor Hipotecario también asegurará

Lender requires. Borrower shall also insure all
las mejoras ahora existentes en la Propiedad o eregidas subsi-

improvements on the Property, whether now in
guientemente, contra pérdidas por inundaciones hasta donde lo

existence or subsidently erected, against loss by
requiera el Secretario. Todo seguro será proporcionado por



Page 7 of 31          Puerto Rico Revised Form August 1996

flood to the extent required by the Secretary.
compañías de seguro aprobadas por el Acreedor Hipotecario. Las

All insurance shall be carried with companies
pólizas de seguro y sus renovaciones serán retenidas por el

approved by Lender.   The insurance policies and
Acreedor Hipotecario e incluirán cláusulas de pago por pérdidas

any renewals shall be held by Lender and shall
a favor de, y en forma aceptable al Acreedor Hipotecario.--------

include loss payable clauses in favor of, and in a
-----------------------------------------------------------------

form acceptable to, Lender.-------------------------
-----------------------------------------------------------------

---In the event of loss, Borrower shall give
---En caso de pérdida, el Deudor Hipotecario notificará de

Lender immediate notice by mail.   Lender may make
inmediato por correo al Acreedor Hipotecario.   El Acreedor

proof of loss if not made promptly by Borrower.
Hipotecario podrá presentar prueba de su pérdida si el Deudor

Each insurance company concerned is hereby author-
Hipotecario no lo hiciere prontamente.   Cada compañía de seguro

ized and directed to make payments for such loss
concernida queda por la presente autorizada y ordenada para que

directly to Lender, instead of to borrower and to
efectúe el pago por tales pérdidas directamente al acreedor

Lender jointly.-------------------------------------
Hipotecario en lugar de hacerlo al Deudor Hipotecario y al

-----------------------------------------------------------------
Hipotecario en lugar de hacerlo al Deudor Hipotecario y al

-----------------------------------------------------------------
Acreedor Hipotecario conjuntamente.------------------------------

---Al or any part of the insurance proceeds may
---Todo o cualquier parte del producto del seguro puede ser

be applied by lender at its option, either (a) to
aplicado por el Acreedor Hipotecario, a opción suya, (a) a la

the reduction of the indebtedness under this Note
reducción de la deuda bajo el Pagaré y esta Hipoteca, primero a

and this Security Instrument, first to any delin-
las cantidades atrasadas, aplicando en el orden indicado en el

quent amounts applied in the order in Paragraph 3,
Párrafo 3 y luego al pre-pago de principal, o (b) a la restau-

and then to the prepayment of principal, or (b) to the
ración o reparación de la Propiedad damnificada.   Cualquier

restoration or repair of the damaged property.
aplicación del producto del seguro al Principal no extenderá ni

Any application of the proceeds to the principal
pospondrá la fecha de vencimiento de los pagos mensuales a que

shall not extend or postpone the due date of the
se hace referencia en el Párrafo 2, ni cambiará la suma de di-

monthly payments which are referred to in Para-
chos pagos.   Cualquier exceso en el producto del seguro sobre

graph 2, or change the amount of such payments.
la cantidad requerida para pagar la totalidad de la deuda bajo

Any excess insurance proceeds over an amount
el pagaré y esta Hipoteca será pagadero a la entidad con dere-

required to pay all outstanding indebtedness under
cho a ese pago. ------------------------------------------------

the Note and this Security Instrument shall be
-----------------------------------------------------------------

paid to the entity legally entitled thereto. -----
-----------------------------------------------------------------

---In the event of foreclosure of this Security
---En caso de ejecución de esta Hipoteca o de cualquier otra

Instrument or other transfer of title to the
transferencia del titulo de la Propiedad que extinga la deuda,

Property that extinguishes the indebtedness, all
todo derecho, titulo e interés del Deudor Hipotecario en póli-

right, title and interest of Borrower in and to
zas de seguro vigentes pasarán al comprador. -------------------

purchaser. ------------------------------------------------------
-----------------------------------------------------------------



---5. Occupancy, Preservation, Maintenance and
---5. Ocupación, Preservación, Mantenimiento y Protección de

Protection of the Property; Borrower's Loan Appli-
la Propiedad; Solicitud de Préstamo de Deudor Hipotecario,

cation; Leaseholds. Borrower shall occupy, estab-
Arrendamientos. El Deudor Hipotecario deberá ocupar, estable-

lish, and use the Property as Borrower's principal
cer y usar la Propiedad como su residencia principal (o

this Security Instrument (or within sixty days of
dentro de sesenta dias siguientes a una venta o cesión subsi-

a later sale or transfer of the Property) and
guiente de la Propiedad) y deberá continuar ocupando la Propie-

shall continue to occupy the Property as Borrow-
dad como su residencia principal hasta por lo menos un año des-

er's principal residence for at least one year
pués de la fecha de ocupación de la misma, a menos que el

after the date of occupancy, unless Lender deter-
Acreedor Hipotecario determine que este requerimiento puede

mines that requirement will cause undue hardship
causar problemas excesivos al Deudor Hipotecario, o a menos que

for Borrower, or unless extenuating circumstances
existan circunstancias atenuantes que estén fuera del control

exist which are beyond Borrower's control.
del Deudor Hipotecario. El Deudor Hipotecario deberá notificar

Borrower shall notify Lender of any extenuating
al Acreedor Hipotecario de cualquiera de estas circunstancias

Circumstances. Borrower shall not commit waste or
Atenuantes. El Deudor Hipotecario no causará menoscabo, ni

destroy, damage or substantially change the Prop-
destruirá, dañará ni sustancialmente alterará la Propiedad

erty or allow the Property to deteriorate, reason-
ni permitirá que la Propiedad se deteriore excepto por el uso y

able wear and tear expected.  Lender may inspect
degaste normal.  El Acreedor Hipotecario podrá inspeccionar

the Property if the Property is vacant or aban-
la Propiedad si estuviese desocupada o abandonada o si hubiese

doned or the loan is in default.  Lender may take
incumplimiento de préstamo.  El Acreedor Hipotecario podrá

reasonable action to protect and preserve such
tomar aquella acción razonable que sea necesaria para proteger

vacant or abandoned Property. Borrower shall also
y cuidar dicha Propiedad desocupada o abandonada.  El Deudor

be in default if Borrower, during the loan appli-
Hipotecario también estará en incumplimiento si durante el pro-

cation process, gave materially false or inaccu-
ceso de solicitar el préstamo hubiese dado al Acreedor Hipote-

rate information or statements to Lender (or
cario información o declaraciones materialmente falsas o in-

failed to provide Lender with any material infor-
exactas (o dejara de proveer al Acreedor Hipotecario informa-

mation) in connection with the loan evidenced by
ción pertinente o necesaria) en relación con el préstamo evi-

the Note, including, but not limited to, represen-
denciado por el Pagaré, incluyendo, pero sin limitarse a,

tations concerning Borrower's occupancy of the
representaciones relacionadas con la ocupación por el Deudor

Property as a principal residence.--------------
Hipotecario de la Propiedad como su residencia principal.---------

---If this Security Instrument is on a leasehold,
---Si esta Hipoteca recae sobre un derecho de arrendamiento, el

Borrower shall comply with the provisions of the
Deudor Hipotecario cumplirá con los terminus de dicho arrenda-

lease.  If Borrower acquires fee title to the
miento.  Si el Deudor Hipotecario adquiere titulo en pleno

Property, the leasehold and fee title shall not be
dominio sobre la Propiedad, el derecho de arrendamiento y el

merged unless Lender agrees to the merger in
titulo en pleno dominio no se consolidarán a menos que el

writing.-----------------------------------------
Acreedor Hipotecario dé su consentimiento por escrito.-----------

---6.  Condemnation.  The proceeds of any award or
---6.  Expropiación.  El producto de cualquier laudo o reclama-

claim for damages, direct or consequential, in
ción por daños, directos, emergentes o resultants, en relación

connection with any condemnation or other taking
con cualquier expropiación forzosa o por traspaso en lugar de

of any part of the Property, or for conveyance in
expropiación, quedan por la presente cedidos y serán pagados al

place of condemnation, are hereby assigned and
Acreedor Hipotecario hasta la cantidad total adeudada bajo el

shall be paid to Lender to the extent of the full
Pagaré y esta Hipoteca. -------------------------------------

amount of the indebtedness that remains unpaid
----------------------------------------------------------------

under the Note and this Security Instrument.
----------------------------------------------------------------

---Lender shall apply such proceeds to the reduc-
---El Acreedor Hipotecario aplicará dichos fondos a la reduc-

tion of the indebtedness under the Note and this
ción de la deuda bajo el Pagaré y esta Hipoteca, primero a

Security Instrument, first to any delinquent
cualquier cantidad atrasada, en el orden dispuesto en el

amount applied in the order provided in Para-
Párrafo 3 y luego al prepago del principal. Cualquier aplica-

graph 3, and then to prepayment of principal. Any
ción de los fondos al principal no extenderá ni pospondrá la

application of the proceeds to the principal shall
fecha de vencimiento de los pagos mensuales a que se hace

not extend or postpone the due date of the monthly
referencia en el Párrafo 2, ni cambiará la cantidad de dichos

payments, which are referred to in paragraph 2, or
pagos. Cualquier exceso en los fondos sobre la cantidad nece-

change the amount of such payments. Any excess
saria para pagar la totalidad de la deuda bajo el Pagaré y esta

proceeds over an amount required to pay all out-
Hipoteca será pagado a la entidad con derecho a recibirlo. -----

standing indebtedness under the Note and this
----------------------------------------------------------------

Security Instrument shall be paid to the entity
----------------------------------------------------------------

legally entitled thereto.-----------------------------
----------------------------------------------------------------

---7. Charges to Borrower and Protection of
---7. Cargos al Deudor Hipotecario y Protección a los Dere-

Lender's Rights in the Property. Borrower shall
chos del Acreedor Hipotecario sobre la Propiedad. El Deudor

pay all governmental or municipal charges, fines
Hipotecario pagará todo cargo, penalidad o impuesto guberna-

and impositions that are not included in Para-
mental o municipal que no esté incluido en el Párrafo 2.

graph 2. Borrower shall pay these obligations on
Deudor Hipotecario pagará dichas obligaciones a tiempo direc-

time directly to the entity which is owed the
tamente a la entidad a la cual se le adeude dicho pago. Si la

Payment. If failure to pay would adversely affect
falta de pago afectase adversamente el interés del Acreedor

Lender's interest in the Property, upon Lender's
Hipotecario en la Propiedad, el Deudor Hipotecario, a solici-



request Borrower shall promptly furnish to Lender
tud del Acreedor Hipotecario, le suministrará prontamente los

receipts evidencing these payments.---------------
recibos que evidencien dichos pagos.---------------------------

---If Borrower fails to make these payments or the
---Si el Deudor Hipotecario no hace dichos pagos o los requeri-

payments required by Paragraph 2, or fails to per-
dos bajo el Párrafo 2, o deja de cumplir con algún otro pacto o

form any other covenants and agreements contained
convenio contenido en esta Hipoteca, o si existiera un proce-

in this Security Instrument, or there is a legal
dimiento legal que pudiera afectar significativamente los

proceeding that my significantly affect Lender's
derechos del Acreedor Hipotecario sobre la Propiedad (tal como

rights in the Property (such as a proceeding in
un procedimiento de quiebra, de expropiación o para hacer valer

bankruptcy, for condemnation or to enforce laws or
las leyes o reglamentos), entonces, el Acreedor Hipotecario

regulations), then Lender may do and pay whatever
podrá hacer y pagar lo que sea necesario para proteger el valor

is necessary to protect the value of the Property
de la Propiedad y sus derechos sobre la misma, incluyendo el

and Lender's rights in the Property, including
pago de impuestos, seguro contra riesgos y otros renglones

payment of taxes, hazard insurance and other items
mencionados en el Párrafo 2.---------------------------------

mentioned in Paragraph 2.--------------------------
-------------------------------------------------------------

---Any amounts disbursed by Lender under this
---Cualquier cantidad desembolsada por el Acreedor Hipotecario

Paragraph shall become an additional debt of
bajo este Párrafo se convertirá en una obligación adicional del

Borrower and be sevured by this Security Instru-
Deudor Hipotecario y estará asegurada por esta Hipoteca.

ment. These amounts shall bear interest from
Dichas cantidades devengarán intereses desde la fecha de desem-

date of disbursement at the Note's rate, and at
bolso, a la tasa del Pagaré y a opción del Acreedor Hipoteca-

the option of Lender shall be immediately due and
rio, advendrán vencederas y pagaderas inmediatamente.-----------

payable.-----------------------------------------------
-------------------------------------------------------------

---Borrower shall promptly discharge any lien
---El Deudor Hipotecario liberará prontamente cualquier grava-

which has priority over this Security Instrument
men que tenga prioridad sobre esta Hipoteca a menos que el

unless Borrower: (a) agrees in writing to the
Deudor Hipotecario: (a) acuerde por escrito el pago de la

payment to the obligation secured by the lien in a
obligación que garantiza dicho gravamen de manera aceptable al

manner acceptable to Lender; (b) contests in good
Acreedor Hipotecario; (b) dispute de buena fe el gravamen o se

faith the lien by, or defends against enforecement
defienda de la ejecución del gravamen en procesos legales que

of the lien in legal proceedings which in the
en la opinión del Acreedor Hipotecario actúa para prevenir su

Lender's opinion operate to prevent the enforce-
ejecución; o (c) obtiene del portador del gravamen un acuerdo

ment of the lien; or (c) secures from the holder
satisfactorio al Acreedor Hipotecario subordinando el gravamen

of the lien an arrangement satisfactory to Lender
A esta Hipoteca. Si el Acreedor Hipotecario determina que al-

subordinating the lien to this Security Instru-
guna parte de la Propiedad está sujeta al gravamen de rango

ment. If Lender determines that any part of the
superior a esta Hipoteca, el Acreedor Hipotecario notificará

Property is subject to a lien which may attain
al Deudor Hipotecario la identificación del gravamen. El Deu-

priority over this Security Instrument, Lender may
dor Hipotecario satisfacerá el gravamen o tomará una o más de

give Borrower a notice identifying the lien.
las acciones arriba mencionadas dentro de 10 días de la noti-

Borrower shall satify the lien or take one or
ficación.----------------------------------------------------

more of the actions set forth above within 10 days
--------------------------------------------------------------

of the giving of notice.--------------------------
--------------------------------------------------------------

---8. <u>Fees</u>. Lender may collect fees and charges
---8. <u>Honorarios</u>. El Acreedor Hipotecario podrá cobrar los

autorized by the Secretary.----------------------
honorarios y cargos autorizados por el Secretario.------------

---9. <u>Grounds for Acceleration of Debt</u>.--------
---9. <u>Bases para la Aceleración de la Deuda</u>.-----------------

---(a) Default. Lender may, except as limited by
---(a) Incumplimiento. El Acreedor Hipotecario podrá, sujeto

regulations issued by the Secretary in the case of
a las limitaciones contenidas en las reglamentaciones estable-

payment defaults, require immediate payment in
cidas por el Secretario para el caso de incumplimiento de

full of all sums secured by this Security Instru-
pagos, requerir el pago total inmediato de todas las sumas

ment if:--------------------------------------------
garantizadas por esta Hipoteca si:----------------------------

---(i) Borrower defaults by failing to pay in
---(i) El Deudor Hipotecario incumple al no pagar completa-

full any monthly payment required by this Security
Mente cualquier pago mensual requerido por esta Hipoteca, en o

Instrument prior to or on the due date of the next
antes del vencimiento del pago mensual siguiente, o-------------



montly payment; or----------------------------------
-------------------------------------------------------

-----(ii) Borower defaults by failing, for a
-----(ii)  El Deudor Hipotecario incumple al dejar de efectuar

period of thirty days, to perform any other obli-
durante un término de treinta días, cualquier otra obligación

gations contained in this Security Instrument.---
contenida en esta Hipoteca.-----------------------------

---(b)  Sale Without Credit Approval.  Lender
---(b)  Venta sin Aprobación de Crédito.  El Acreedor Hipoteca-

shall, if permitted by applicable law (including
rio podrá, si fuera permitido por el derecho aplicable (inclu-

section 34(d) of the Garn-St. Germain Depository
yendo la sección 341(d) de la Ley Garn-St. Germain Depository

Institutions Act of 1982, 12 U.S.C. § 1701j-3(d)
Institutions Act de 1982, 12 U.S.C. § 1701j-3(d) y con la pre-

and with the prior approval of the Secretary,
via aprobación del Secretario, requerir el pago inmediato de la

require immediate payment in full of all sums
totalidad de todas las sumas garantizadas por esta Hipoteca

secured by this Security Instrument if:----------
si:-----------------------------------------------------

-----(i)  All or part of the Property, or a bene-
-----(i)  Todo o parte de la Propiedad, o una participación en

ficial interest in a trust owing all or part of
un fideicomiso dueño de todo o parte de la Propiedad, es

the Property, is sold or otherwise transferred
vendida o de otra forma transferida por el Deudor Hipotecario

(other than by devise or descent), and------------
(excepto por legado o herencia), y----------------------

-----(ii)  The Property is not occupied by the
-----(ii)  La Propiedad no está ocupada por el comprador o

purchaser or grantee as his or her principal resi-
cesionario como su residencia principal, o de estarlo, si su

dence, or the purchaser or grantee does not occupy
crédito no ha sido aprobado de acuerdo con los requisitos del

the Property, but his or her credit has not been
Secretario.---------------------------------------------

approved in accordance with the requirements of
--------------------------------------------------------

the Secretary.------------------------------------
--------------------------------------------------------

---(c)  No Waiver.  If circumstances occur that
---(c)  No Habrá Renuncia.  Si ocurrieran circunstancias que

would permit Lender to require immediate payment
permitan al Acreedor Hipotecario requerir el pago total inme-

in full, but Lender does not require such payment,
diato y no lo hiciera, el Acreedor Hipotecario no renuncia sus

Lender does not waive its rights with respect to
derechos respecto a eventos subsiguientes.-------------------

subsequent events.--------------------------------
--------------------------------------------------

---(d)  Regulations of HUD Secretary.  In many
---(d)  Reglamentos del Secretario de HUD.  En muchas circuns-

circumstances regulations issued by the Secretary
tancias los reglamentos emitidos por el Secretario limitarán

will limit Lender's rights, in the case of payment
los derechos del Acreedor Hipotecario, en el caso de incum-

default, to require immediate payment in full and
plimiento, para requerir el pago total inmediato y para proce-

to foreclose if not paid.  This Security Instru-
der a la ejecución si no lo satisfacen.  Esta Hipoteca no auto-

ment does not authorize acceleration or foreclo-
riza aceleración de pago o ejecución de hipoteca a menos que

sure if not permitted by regulations of the
ello sea permitido por los reglamentos del Secretario.---------

Secretary.-----------------------------------------
--------------------------------------------------

---(e)  Mortgage not Insured.  Borrower agrees
---(e)  Hipoteca No Asegurada.  El Deudor Hipotecario conviene

that if this Security Instrument and the Note are
que si esta Hipoteca y el Pagaré por ella garantizado no fueran

not determined to be elegible for insurance under
elegibles para ser asegurados bajo la Ley Nacional de Vivienda

the National Housing Act within ninety (90) days
dentro de  noventa (90) días desde esta fecha, el Acreedor

from the date hereof, Lender, may at its option
Hipotecario podrá  requerir, a opción suya,  el pago total inme-

require immediate payment in full of all sums
diato de todas las sumas garantizadas por esta Hipoteca.  La

secured by this Security Instrument.  A written
declaración por escrito de cualquier agente autorizado del

statement of any authorized agent of the Secretary
Secretario fechada con posterioridad de noventa (90) días de

dated subsequent to ninety (90) days from the date
la fecha de ésta, negándose a asegurar esta Hipoteca y el

hereof, declining to insure this Security Instru-
Pagaré, se considerará prueba concluyente de tal inelegibi-

ment and the Note, shall be deemed conclusive
lidad.  No obstante lo anterior, esta opción no podrá ser

proof of such inelegibility. Notwithstanding the
ejercitada por el Acreedor Hipotecario cuando la no disponibi-

foregoing, this option may not be exercised by
lidad del seguro se deba únicamente a que dicho Acreedor

Lender when the unavailability of insurance is
Hipotecario no  haya remitido al Secretario la prima del seguro

solely due to Lender's failure to remit a mortgage
hipotecario.---------------------------------------

insurance premium to the Secretary.-------------
--------------------------------------------------



---10. Reinstatement. Borrower has a right to be
---10. Reinstalación. el Deudor Hipotecario tiene el derecho

reinstated if Lender has required immediate pay-
a que se le reinstale si el Acreedor Hipotecario le ha reque-

ment in full because of Borrower's failure to pay
rido el pago inmediato total debido a que el Deudor Hipotecario

an amount due under the Note or this Security
haya incumplido en el pago de cualquier suma adeudada bajo el

Instrument. This right applies even after fore-
Pagaré o esta Hipoteca. Este derecho aplica aún después de

closure proceedings are instituted. To reinstate
haberse iniciado procedimiento de ejecución. Para reinsta-

the Security Instrument, Borrower shall tender in
lar la Hipoteca, el Deudor Hipotecario deberá entregar, de una

a lump sum all amounts required to bring Borrow-
sola vez, todas las sumas requeridas para poner su cuenta al

er's account current including, to the extent they
día, incluyendo hasta donde sean obligaciones del Deudor Hipo-

are obligations of borrower under this Security
tecario bajo esta Hipoteca, costas de ejecución y honorarios

Instrument, foreclosure costs and reasonable and
de abogado razonables y acostumbrados y gastos propiamente

customary attorney's fees and expenses properly
asociados con el procedimiento de ejecución. Luego de la re-

associated with the foreclosure of the proceeding.
instalación por el Deudor Hipotecario, esta Hipoteca y las

Upon reinstatement by Borrower, this Security
obligaciones que ella garantiza permanecerán en vigor como si

Instrument and the obligations that it secures
el Acreedor Hipotecario no hubiera requerido pago inmediato

shall remain in effect as if Lender had not
total. Sin embargo, el Acreedor Hipotecario no está obligado

required immediate payment in full. However,
a permitir la reinstalación si: (i) el Acreedor Hipotecario

Lender is not required to permit reinstatement if:
ya ha aceptado una reinstalación después de haber comenzado

(1) Lender has accepted reinstatement after the
un procedimiento de ejecución dentro de los dos años inme-

commencement of foreclosure proceedings within two
diatamente anteriores al comienzo del procedimiento de eje-

years immediately preceding the commencement of a
cución actual, (ii) la reintalación impide una ejecución por

current foreclosure proceeding, (ii) reinstatement
razones diferentes en el futuro, o (iii) la reinstalación habrá

will preclude foreclosure on different grounds in
de afectar adversamente el rango del gravamen creado por esta

the future, or (iii) reinstatement will adversely
Hipoteca.-------------------------------------------------

affect the priority of the lien created by this
-----------------------------------------------------------

Security Instrument.------------------------------
--------------------------------------------------

---11. **Borrower Not Released; Forebearance by**
----11. Deudor Hipotecario No Relevado; Indulgencia de Morosi-

**Lender not a Waiver.** Extension of the time of
dad por el Acreedor hipotecario No Constituye Renuncia. La

payment or modification of amortization of the
prórroga de la fecha de pago, la modificación de la amortiza-

sums secured by this Security Instrument granted
ción de las sumas aseguradas por esta Hipoteca concedida por

by Lender to any successor in interest of Borrower
el Acreedor Hipotecario a cualquier sucesor en titulo del Deu-

shall not operate to release the liability of the
dor Hipotecario no relevarán de responsabilidad al Deudor

original Borrower or Borrower's successors in
Hipotecario original o a sus sucesores en titulo. No se reque-

interest. Lender shall no be required to com-
rirá del Acreedor Hipotecario que comience procedimientos con-

mence proceedings against any successors in inter-
tra cualquier sucesor en titulo ni que rehuse extender la fecha

est or refuse to extend time for payment or other-
de pago o que de otra forma modifique la amortización de las

wise modify amortization of the sums secured by
sumas garantizadas por esta Hipoteca por razón de cualquier

this Security Instrument by reason of any demand
exigencia del Deudor Hipotecario original o de sus sucesores

made by the original Borrower or Borrower's suc-
en titulo. Cualquier indulgencia del Acreedor Hipotecario en

cessors in interest. Any forebearance by Lender in
el ejercicio de cualesquier derecho o remedio no constituirá

excercising any right or remedy shall not be a
renuncia ni impedimento para el ejercicio de cualesquiera de

waiver of or preclude the exercise of any right or
esos derechos y remedios.---------------------------------

remedy.------------------------------------------
--------------------------------------------------

---12. **Successors and Assigns Bound; Joint and**
---12. Sucesores y Cesionarios Obligados; Responsabilidad

**Several Liability; Co-Signers.** The covenants and
Solidaria; Co-firmantes. Los pactos y convecions contenidos en

agreements of this Security Instrument shall bind
esta Hipoteca obligarán y beneficiarán a los Sucesores y cesio-

and benefit the successors and assigns of Lender
narios del Acreedor Hipotecario y del Deudor Hipotecario,

and Borrower, subject to the provisions of Para-
sujeto a las disposiciones del Párrafo 9(b). Los pactos y

graph 9(b). Borrower's covenants and agreements
convenios del Deudor Hipotecario serán solidarios. Cualquier

shall be joint and several. Any Borrowers who co-
Deudor Hipotecario que sea co-firmante de esta Hipoteca pero no



signs this Security Instrument but does not exe-
del Pagaré: (a) es co-firmante únicamente para hipotecar todo

cute the Note: (a) is co-signing this Security
su interés y derecho sobre la Propiedad, bajo los términos y

Instrument only to mortgage, grant and convey that
condiciones contenidos en esta Hipoteca; (b) no queda perso-

Borrower's interest in the Property under the
nalmente obligado a pagar las sumas garantizadas por esta

terms of this Security Instrument; (b) is not
Hipoteca; y (c) pacta y conviene que el Acreedor Hipotecario

personally obligated to pay the sums secured by
y cualquier otro Deudor Hipotecario podrán acordar, prorro-

this Security Instrument; and (c) agrees that
gar, modificar, renunciar o llegar a cualquier otro arreglo

lender and any other Borrower may agree to extend,
sobre los términos de esta Hipoteca o del Pagaré, sin el con-

modify, forebear or make any accomodations with
sentimiento de dicho co-firmante de la Hipoteca.--------------

regard to the terms of this Security Instrument or
---------------------------------------------------------------

the Note without that Borrower's consent.----------
---------------------------------------------------------------

---13. <u>Notices</u>.   Any notice to Borrower provided
---13. <u>Notificaciones</u>.  Toda notificación al Deudor Hipote-

for in this Security Instrument shall be given by
cario prevista en esta Hipoteca le será hecha mediante entrega

delivering it or mailing it by First Class Mail
o por correo de Primera Clase, a menos que el derecho aplicable

unless applicable law requires use of another
requiera el uso de otro método.  La notificación le será diri-

method.  The notice shall be directed to the Prop-
gida a la dirección de la Propiedad o a la que el Deudor Hipo-

perty address or any other address Borrower desig-
tecario haya designado mediante notificación al Acreedor Hipot-

nates by notice to Lender.  Any notice to Lender
tecario.   Cualquier notificación al Acreedor Hipotecario se

shall be given by First Class Mail to Lender's
hará por correo de Primera Clase a su dirección expresada en

address stated herein or any other Lender desig-
ésta o a la que al Acreedor Hipotecario designe mediante

nates by notice to Borrower.  Any notice provided
notificación al Deudor Hipotecario.   Cualquier notificación

for in this Security Instrument shall be deemed to
prevista en esta Hipoteca se entenderá hecha al Deudor Hipo-

have been given to Borrower or Lender when given
tecario o al Acreedor Hipotecario cuando se haya hecho de la

as provided in this paragraph.--------------------
manera dispuesta en este párrafo.--------------------------------

---14. <u>Governing Law; Severability</u>.  This Secu-
---14. <u>Derecho Aplicable; Separabilidad</u>.  Esta Hipoteca se

rity Instrument shall be governed by Federal Law
regirá por la ley Federal y las leyes del Estado Libre Asociado

and the Laws of the Commonwealth of Puerto Rico.
de Puerto Rico. En la eventualidad de que cualquier disposi-

In the event that any provision or clause of this
ción o cláusula de esta Hipoteca o del Pagaré conflija con el

Security Instrument or the Note conflicts with
derecho aplicable, dicho conflicto no afectará las demás

applicable law, such conflict shall not affect
disposiciones de esta Hipoteca o del Pagaré que se puedan cum-

other provisions of this Security Instrument or
plir sin la disposición conflictiva. A estos fines las dispo-

the Note which can be given effect without the
siciones de esta Hipoteca y del Pagaré por la presente se

conflicting provision. To this end the provisions
declaran separables.----------------------------------------

of this Security Instrument and the Note are
------------------------------------------------------------

declared to be severable.-----------------------
------------------------------------------------------------



---15. Borrower's Copy. Borrower shall be given
---15. Copia para el Deudor Hipotecario. Al Deudor Hipoteca-

one conformed copy of the Note and of this Secu-
rio se le entregará una copia concordante con esta escritura de

rity Instrument.--------------------------------------------
Hipoteca.---------------------------------------------------

---16. Hazardous Substances. Borrower shall not
---16. Sustancias Peligrosas. El Deudor Hipotecario no cau-

cause or permit the presence, use, disposal, stor-
sará o permitirá la presencia, uso, distribución, almacena-

age, or release of any Hazardous Substances on or
miento, o emisión de cualquier sustancia peligrosa en la Pro-

in the Property. Borrower shall not do, or allow
piedad. El Deudor Hipotecario no hará ni permitirá que otras

anyone else to do, anything affecting the Property
personas hagan nada que afecte la Propiedad en violación a

that is in violation of any Environmental Law.
cualquier Ley Ambiental. Lo expresado en las dos oraciones

The preceding two sentences shall not apply to the
anteriores no aplicará la presencia, uso o almacenamiento en

presence, use, or storage on the Property of small
la Propiedad de pequeñas cantidades de sustancias peligrosas

quantities of Hazardous Substances that are gen-
que son generalmente reconocidas y apropiadas para usos resi-

erally recognized to be appropriate to normal
denciales y mantenimiento de la Propiedad.----------------

residential uses and to maintenance of the
------------------------------------------------------------

Property.---------------------------------------------------
------------------------------------------------------------

Page 19 of 31          Puerto Rico Revised Form August 1996

---Borrower shall proptly give Lender written
---El Deudor Hipotecario dará prontamente al Acreedor Hipote-

notice of any investigation, claim, demand, law-
cario notificación escrita de cualquier investigación, recla-

suit or other action by any governmental or regu-
mación, demanda, litigio u otra acción por cualquier agencia

latory agency or private party involving the Pro-
gubernamental o reguladora o persona particular que afecte

perty and any Hazardous Substance or Environmental
la Propiedad y cualquier sustancia peligrosa o Ley Ambiental

Law of which Borrower has actual knowledge. If
de la cual el Deudor Hipotecario tiene conocimiento. Si el

Borrower learns, or is notified by any govern-
Deudor Hipotecario se entera o es notificado por cualquier

mental o regulatory authority, that any removal
autoridad gubernamental o reguladora, que es necesario tomar

or other remediation of any Hazardous Substances
alguna acción remediativa o remover cualquier sustancia peli-

affecting the Property is necessary, Borrower
grosa que afecta la Propiedad, el Deudor Hiporecario tomará

shall promptly take all necessary remedial actions
prontamente todas las acciones necesarias de acuerdo a la

in accordance with Environmental Law.--------------
Ley Ambiental.---------------------------------------------

---As used in this Paragraph 16, "Hazardous Sub-
---Tal y como se usa en este Párrafo 16, "Sustancias Peligrosas"

tances" are those substances defined as toxic or
son aquellas sustancias definidas como tóxicas o sustancias

hazardous substances by the Environmental Law and
peligrosas por la Ley Ambiental y las siguientes sustancias:

the following substances:   gasoline, kerosene,
gasolina, kerosón, otras sustancias inflamables o tóxicas

other flammable or toxic petroleum products, toxic
derivadas del petróleo, insecticidas y herbicidas, solventes

pesticides and herbicides, volatile solvents,
volátiles, materiales que contienen asbestos o formaldehido y

materials containing asbestos or formaldehyde, and
materiales radioactivos.   Tal como se usa en este Párrafo 16,

radioactive materials.   As used in this Para-
"Ley Ambiental" significa leyes federales y leyes de la juris-

graph 16, "Environmental Law" means federal laws
dicción donde está la Propiedad ubicada relacionadas con sani-

and laws of the jurisdiction where the Property is
dad, seguridad o protección ambiental.-----------------------

located that relate to health, safety or eviron-
---------------------------------------------------------------

mental protection.-----------------------------------
---------------------------------------------------------------

---17.   Assignment of Rents.   Borrower uncondi-
---17.   Cesión de Rentas.   El Deudor Hipotecario incondicional-

tionally assigns and transfers to Lender all the
mente cede y transfiere al Acreedor Hipotecario todas las ren-

rents and revenues of the Property. Borrower
tas y réditos de la Propiedad. El Deudor Hipotecario autoriza

authorizes Lender or Lender's agents to collect
al Acreedor Hipotecario o sus agentes a cobrar las rentas y

the rents and revenues and hereby directs each
réditos y por la presente instruye a cada inquilino de la Pro-

tenant of the Property to pay the rents to Lender
piedad que pague las rentas al Acreedor Hipotecario o a sus

or Lender's agents. However, prior to Lender's
agentes. No obstante, antes de que el Acreedor Hipotecario

notice to Borrower of Borrower's breach of any
notifique al Deudor Hipotecario de que éste ha violado cualquier

covenant or agreement in the Security Instrument
convenio o acuerdo contenido en la Hipoteca, el Deudor Hipote-

Borrower shall collect and receive all rents and
cario cobrará y recibirá todas las rentas y réditos de la Pro-

revenues of the Property as trustee for the bene-
piedad como fiduciario para beneficio del Acreedor y del Deudor

fit of Lender and Borrower. This assignment of
Hipotecario. Esta cesión de rentas constituye una cesión abso-

rents constitutes an absolute assignment and not
luta y no una cesión como garantía adicional únicamente.--------

an assignment for additional security only.------
------------------------------------------------------------

---If lender gives notice of breach to Borrower:
---Si el Acreedor Hipotecario notifica una violación al Deudor

(a) all rents received by Borrower shall be held
Hipotecario: (a) todas las rentas recibidas por el Deudor

by Borrower as trustee for benefit of Lender only
Hipotecario las retendrá únicamente en calidad de fiduciario

to be applied to the sumas secured by the Security
para beneficio del Acreedor Hipotecario, para ser acreditadas a

Instrument; (b) Lender shall be entitled to col-
las sumas garantizadas por esta Hipoteca; (b) el Acreedor Hipo-

lect and receive all of the rents of the Property;
tecario tendrá derecho a cobrar y a recibir todas las rentas de

and (c) each tenant of the Property shall pay all
la Propiedad; y (c) cada inquilino de la Propiedad pagará al

rents due and unpaid to Lender or Lender's agent
Acreedor Hipotecario o a sus agentes todas las rentas vencidas

on Lender's written demand to the tenant.-------
y adeudadas con sólo mediar requerimiento escrito a todos esos

------------------------------------------------------------
efectos.----------------------------------------------------

---Borrower has not executed any prior assigments
---El Deudor Hipotecario no ha hecho cesión de las rentas ni ha

of the rents and has not ans will not perform any
ejecutado ni ejecutará ningún acto que impida al acreedor Hipo-



act that would prevent lender from exercising its
tecario ejercitar sus derechos bajo este Párrafo 17.---------------

rights under this Paragraph 17.--------------------
---------------------------------------------------

---Lender shall not be required to enter upon,
---Al Acreedor Hipotecario no se requerirá que entre, ni que

take control of or maintain the Property before or
tome control ni que dé mantenimiento a la Propiedad, ni antes

after giving notice of breach to Borrower. How-
ni después de notificar alguna violación al Deudor Hipotecario.

ever, Lender or a judicially appointed receiver
No obstante, el Acreedor Hipotecario o un síndico nombrado

may do so at any time there is a breach. Any
judicialmente podrá hacerlo en cualquier momento que exista una

application of rents shall not cure or waive any
violación. Cualquier aplicación de rentas no subsanará ningún

default or invalidate any other right or remedy of
incumplimiento ni invalidará ningún otro derecho o remedio del

Lender. This assignment of rents of the Property
Acreedor Hipotecario. Esta cesión de rentas de la Propiedad

shall terminate when the debt secured by the Secu-
terminará cuando la deuda garantizada por esta Hipoteca se

rity Instrument is paid in full.--------------------
haya pagado en su totalidad.-----------------------------

---18.   Foreclosure Procedure.  If Lender requires
---18.   Procedimiento de Ejecución.  Si el Acreedor Hipotecario

immediate payment in full under Paragraph 9,
requiere el pago total inmediato bajo el Párrafo 9, podrá invo-

Lender may invoke the power of sale and any other
car el poder de venta y cualesquiera otros remedios permitidos

remedies permitted by applicable law.  Lender
por las leyes aplicables. El Acreedor Hipotecario tendrá dere-

shall be entitled to collect all expenses incurred
cho a cobrar todos los gastos incurridos en la consecución de

in pursuing the remedies provided in this Para-
los remedios provistos en este Párrafo 18, incluyendo, sin im-

graph 18, including, but not limited to, reasona-
plicar limitación, honorarios de abogado razonables y los cos-

ble attorney's fees and cost of title evidence.---
tos de evidencia de título.-----------------------------

---If Lender invokes the power of sale, Lender
---Si el Acreedor Hipotecario invoca el poder de venta, el

shall give notice of sale to Borrower in the
Acreedor Hipotecario dará noticación de la venta al Deudor

manner provided in Paragraph 13.  Lender shall
Hipotecario en la forma estipulada en el Párrafo 13.  El

publish and post the notice of sale, and the
Acreedor Hipotecario publicará y anunciará el aviso de venta, y

Property shall be sold in the manner prescribed by
la Propiedad se venderá en la forma estipulada por la ley

applicable law.   Lender or its designee may pur-
aplicable.   El Acreedor Hipotecario o persona designada puede

chase the Property at any sale.   The proceeds of
comprar la Propiedad en cualquier venta.  El producto de la

the sale shall be applied in the following order:
venta será aplicado en el siguiente orden:  (a) a todos los

(a)   to all expenses of the sale, including, but
gastos de la venta, incluyendo, pero no limitado a, gastos

not limited to, reasonable attorney's fees; (b) to
razonables de abogado;  (b)  a todas las sumas garantizadas por

all sums secured by his Security Instrument; and
esta Hipoteca;  y  (c)  cualquier exceso a la persona o personas

(c)   any excess to the person or persons legally
que legalmente tengan derecho a ello.--------------------------

entitled to it.----------------------------------
--------------------------------------------------------------

---If the Lender's interest in this Security
---Si el interés del Acreedor Hipotecario en esta Hipoteca está

Instrument is held by the Secretary and the Secre-
en poder del Secretario y el Secretario requiere pago total de

tary requires immediate payment in full under
inmediato bajo el Párrafo 9, el Secretario puede invocar el po-

Paragraph 9, the Secretary may invoke the non-
der de venta no judicial estipulado en la Ley de Ejecución de

judicial power of sale provided in the Single
Hipoteca Unifamiliar de 1994 ("Ley") (12 U.S.C. § 3751 et seq.)

Family Mortgage Foreclosure Act of 1994 ("Act")
solicitando la ejecución a un comisionado designado bajo la Ley

(12 U.S.C. § 3751 et seq.) by requesting a fore-
para que comience la ejecución y venta la Propiedad según esti-

closure commissioner designated under the Act to
pulado en la Ley. Nada en la oración anterior privará al

commence foreclosure and to sell the Property as
Secretario de cualquier derecho de otra manera disponible al

provided in the Act.   Nothing in the preceeding
Acreedor Hipotecario bajo este Párrafo 18 o la ley aplicable. --

sentence shall deprive the Secretary of any rights
--------------------------------------------------------------

otherwise available to a Lender under this Para-
--------------------------------------------------------------

graph 18 or applicable law.---------------------------

---19. Condominium Covenants. If the Property is
---19. Acuerdos para Régimen de Propiedad Horizontal.  Si la

a condominium unit, the following clause shall
Propiedad es una sometida al Régimen de Propiedad Horizontal,

apply, and any conflicting provision in this Secu-
aplicará la siguiente cláusula y cualesquiera disposición con-

rity Instrument shall be superseded.-------------
flictiva en esta Hipoteca quedará sin efecto.------------------



---A.  So long as the Owners' Association of the
---A.  Mientras el Consejo de Titulares del condominio ("La

condominium maintains, with a generally accepted
Junta") mantenga una póliza maestra con un asegurador general-

insurance carrier, a "master" or "blanket" policy
mente aceptado, asegurando toda la propiedad sujeta al régimen

insuring all property subject to the condominium
de Propiedad Horizontal, incluyendo todas las mejoras existen-

documents, including all improvements now existing
tes o que se erijan en el futuro sobre la Propiedad, y esa

or hereafter erected on the Property, and such
póliza es satisfactoria para el Acreedor Hipotecario y pro-

policy is satisfactory to Lender and provides
vee cubierta de seguro en las cantidades, por los plazos, y

insurance coverage in the amounts, for the
contra los riesgos requeridos por el Acreedor Hipotecario,

periods, and against the hazards Lender requieres,
incluyendo fuego y otros riesgos comprendidos dentro del tér-

including fire and other hazards included within
mino "cubierta extendida", y pérdida por inundaciones hasta el

the term "extended coverage", and loss by flood,
máximo requerido por el Secretario, entonces: (i) el Acreedor

to the extent required by the Secretary, then:
Hipotecario renuncia a la disposición del Párrafo 2 de esta

(i) Lender waives the provision in Paragraph 2 of
Hipoteca para el pago mensual al Acreedor Hipotecario de una

this Security Instrument of the monthly payment
doceava parte de los pagos anuales de primas de seguro contra

to Lender of one-twelfth of the yearly premium
riesgo en la Propiedad, y (ii) la obligación de Deudor Hipo-

installment of hazard insurance on the Property,
bajo el Párrafo 4 de mantener cubierta de seguro contra riesgos

and (ii) Borrower's obligation under Paragraph 4
a la Propiedad se entiende satisfecha hasta el máximo que la

of this Security Instrument to maintain hazard
cubierta requerida es provista por la póliza de la Junta. El

insurance coverage on the Property is deemed sat-
Deudor Hipotecario dará pronto aviso al Acreedor Hipotecario

isfied to the extent that the required coverage is
de cualquier interrupción de la cubierta de seguro contra

provided by the Owners' Association Policy.  Bor-
riesgo requerida y de cualquier pérdida causada por riesgo.

rower shall give Lender prompt notice of any lapse
En caso de distribución del producto del seguro contra ries-

in required hazard insurance coverage and of any
gos en lugar de la restauración o reparación después de una

loss occurring from hazard.  In the event of a
pérdida sufrida por la Propiedad, ya sea en la unidad en condo-

distribution of hazard insurance proceeds in lieu
minio o en los elementos comunes, cualquier cantidad pagadera

of restoration or repair following a loss to the
al Deudor Hipotecario queda por la presente cedida y será paga-

Property, whether to the Condominium unit or to
dera al Acreedor Hipotecario para aplicarse a las sumas asegu-

the common elements, any proceeds payable to Bor-
radas por esta Hipoteca y cualquier exceso será pagadero a

rower are hereby assigned and shall be paid to
quien legalmente tenta derecho al mismo.------------------------

Lender for application to the sumas secured by this
-------------------------------------------------------------

Security Instrument, with any excess paid to the
-------------------------------------------------------------

entity legally entitled thereto.-------------------
-------------------------------------------------------------

---B. Borrower promises to pay all dues and
---B. El Deudor Hipotecario promete pagar su parte proporcio-

assessments imposed pursuant to the legal instru-
nal de los gastos comunes y derramas impuesto por la Junta

ments creating and governing the Condominium
según dispuesto en los reclamentos del Condominio.---------------

Project.-------------------------------------------
-------------------------------------------------------------

---C. If Borrower does not pay condominium dues
---C.  Si el Deudor Hipotecario no paga sus cuotas de manteni-

and assessments when due, then Lender may pay
miento y derramas a su vencimiento, el Acreedor Hipotecario

them. Any amounts disbursed by Lender under this
podrá pagarlas.  Cualquier suma desembolsada por el Acreedor

Paragraph C shall become additional debt for Bor
Hipotecario bajo este Párrafo C se convertirá en una deuda

rower secured by this Security Instrument.Unless
adicional del Deudor Hipotecario asegurada por esta Hipoteca

Borrower and Lender agree to other terms of pay-
A menos que el Deudor Hipotecario y el Acreedor Hipotecario

ment, these amounts shall bear interest from the
acuerden otros términos de pago,estas sumas devengarán intereses

date of disbursement, at the Note's rate and shall
desde la fecha del desembolso al tipo establecido en el Pagaré

be payable, with interest, upon notice from Lender
y serán pagaderas, con intereses, tan pronto como el Acreedor

to Borrower requesting payment.-------------------
Hipotecario haga requerimiento de pago.------------------------

---D. In this case Lender may also declare the
---D.  En este caso el Acreedor Hipotecario puede también de-

total amounts owed by virtue of the Note and all
clarar inmediatamente vencida, exigible y pagadera la suma to-

of the amounts secured by this Security Instrument
tal adeudada por virtud del Pagaré y todas las cantidades

immediately due, demandable, and payable, if Bor-
garantizadas por esta Hipoteca, si el Deudor Hipotecario no



Page 25 of 31        Puerto Rico Revised Form August 1996

rower fails to make monthly payments of mort-
efectúa los pagos mensuales para la prima de seguro hipote-

gage insurance premium payable to the Secretary.--
cario pagaderos al Secretario.--------------------------------

**FIFTH:** <u>**Minimum Bidding Amount**</u>.   In compliance
QUINTO: <u>Tipo Mínimo en Subasta</u>.   En cumplimiento de lo dis-

with the provision of Article One Hundred Seventy-
puesto en el Artículo Ciento Setenta y Nueve (179) de la Ley

Nine (179) of Act Number One Hundred Ninety-Eight
Número Ciento Noventa y Ocho (198), aprobada el día ocho (8) de

(198) approved on August eight (8), Nineteen Hun-
agosto de mil novecientos setenta y nueve (1979), por la pre-

dred Seventy-Nine (1979), it is hereby agreed that
sente se fija como tipo mínimo para la primera subasta, en caso

the minimum bidding amount for the first public
de ejecución, la cantidad igual a la suma principal de esta

auction in case of foreclosure is fixed in the
hipoteca------------------------------------------------------

amount equal to the principal sum of this mortgage.
--------------------------------------------------------------

**SIXTH:**   <u>**Recording in the Registry of Property**</u>.
SEXTO: <u>Inscripción en el Registro de la Propiedad</u>.   El Deudor

Borrower expressly agrees with Lender that in the
Hipotecario conviene expresamente que de no poderse inscribir

event it is not possible to record this Mortgage
esta Hipoteca como Primer Gravamen Hipotecario, por cualquier

in the corresponding Registry of Property, for any
causa, con preferencia a cualquier otra deuda y sin defectos de

reason whatsoever, as a First Mortgage Lien,
clase alguna, dentro de un término que no excederá de sesenta

senior to any and every other lien and without any
(60) días contados desde este otorgamiento, la deuda se consi-

defects of any kind whatsoever, within a period
derará vencida en su totalidad y el Acreedor Hipotecario podrá

not exceeding sixty (60) days from the execution
proceder a su cobro por la vía judicial.----------------------

of this Mortgage, the debt shall become totally
--------------------------------------------------------------

due and Lender may proceed to its judicial collec-
--------------------------------------------------------------

tion.---------------------------------------------------------
--------------------------------------------------------------

**SEVENTH:**   <u>**Mortgage Note; Interpretation**</u>.   The
SEPTIMO: <u>Hipoteca y Pagaré; Interpretación</u>.   Esta Hipoteca y

Mortgage and the Note have been originally drafted
Pagaré han sido originalmente redactados en el idioma inglés

in English and the interpretation of their texts
y la interpretación de sus textos en este idioma prevalecerá

in this language shall prevail over their Spanish
sobre su traducción al español.-------------------------------

**EIGHT:** **Description and Registration Data of the**
OCTAVO: Descripción y Datos de Inscripción de la Propiedad.

**Property.**---------------------------------------------------
------------------------------------------------------------

--URBANA: Solar número cuarenta y cuatro (44),
Manzana N, Jardines de Caparra, Juan Sánchez de
Bayamón, Puerto Rico, con cabida de trescientos
treinta y seis punto cero cero (336.00) metros
cuadrados, en lindes por el NORTE, con un camino
sombreado, distancia de catorce punto cero cero
(14.00) metros; por el SUR, con la Calle Marginal
Norte, en igual distancia; por el ESTE, con el
solar número cuarenta y tres (43), distancia de
veinticuatro punto cero cero (24.00) metros y por
el OESTE, con el solar número veinticinco (25),
en igual distancia. ----------------------------

--Consta inscrito al folio 165 del tomo 577 de
Bayamón, finca número 26406, del Registro de la
Propiedad, Sección I de Bayamón.-----------------

---Afecta por su procedencia a: Servidumbres y
Condiciones Restrictivas. ----------------------

---Afecta por sí: Libre de Cargas. --------------
------------------------------------------------
------------------------------------------------
------------------------------------------------
------------------------------------------------
------------------------------------------------
------------------------------------------------
------------------------------------------------
------------------------------------------------
------------------------------------------------
------------------------------------------------
------------------------------------------------
------------------------------------------------
------------------------------------------------
------------------------------------------------
------------------------------------------------
------------------------------------------------
------------------------------------------------
------------------------------------------------
------------------------------------------------
------------------------------------------------
------------------------------------------------
------------------------------------------------
------------------------------------------------
------------------------------------------------
------------------------------------------------
------------------------------------------------
------------------------------------------------
------------------------------------------------
------------------------------------------------
------------------------------------------------
------------------------------------------------



**NINTH:**   **Borrower (Notary' Personal Knowledge or**
NOVENO:   Deudor Hipotecario (Fe Notarial de Conocimiento Perso-

Form   of   Indentification.------------------------
nal o Identificación).------------------------------


---CARMEN LILLIAM CORRALIZA RODRIGUEZ, of legal

age, unmarried, property owner and resident of

Bayamón, Puerto Rico.--------------------------------

---------------------------------------------------
---------------------------------------------------
---------------------------------------------------
---------------------------------------------------
---------------------------------------------------
---------------------------------------------------
---------------------------------------------------
---------------------------------------------------
---------------------------------------------------
---------------------------------------------------
---------------------------------------------------
---------------------------------------------------
---------------------------------------------------
---------------------------------------------------
---------------------------------------------------
---------------------------------------------------
---------------------------------------------------
---------------------------------------------------
---------------------------------------------------
---------------------------------------------------
---------------------------------------------------
---------------------------------------------------
---------------------------------------------------
---------------------------------------------------
---------------------------------------------------
---------------------------------------------------
---------------------------------------------------
---------------------------------------------------
---------------------------------------------------
---------------------------------------------------
---------------------------------------------------
---------------------------------------------------
---------------------------------------------------

to me the Notary personally known.-----------------
A quienes doy fe de conocer personalmente.---------
---------------------------------------------------

TENTH: Lender (Notary's Personal Knowledge or
DECIMO: Acreedor Hipotecario (Fe Notarial de Conocimiento

Form of Identification). Lender is--------------
Personal o Identificación. El Acreedor Hipotecario es----------

---RELIABLE FINANCIAL SERVICES, INC., doing
business as RELIABLE MORTGAGE, a financial
institution organized and existing under the Laws
of the Commonwealth of Puerto Rico, with offices
in 9615 Los Romero Avenue, Montehiedra Office
Center, Second Floor, San Juan, Puerto Rico 00926,
represented by its Agent Marilyn Ortíz Galán -----------
-----------------------of legal age, single -----------,
executive and resident of Bayamón, -----Puerto Rico,
to me the Notary personally known, who is
authorized to appear in this deed by Certified
Corporate Resolution dated November twenty-one
(21) of the year two thousand eight (2008), sworn
and subscribed before Notary Public Sonia E.
Franceschi Portalatín, affidavit number six
hundred thirty four (634).--------------------------
----------------------------------------------------
----------------------------------------------------
----------------------------------------------------
----------------------------------------------------
----------------------------------------------------
----------------------------------------------------
----------------------------------------------------
----------------------------------------------------
----------------------------------------------------
----------------------------------------------------
----------------------------------------------------
----------------------------------------------------
----------------------------------------------------



**ELEVENTH:** **Homestead Rights; Waiver.** To further
UNDECIMO:  Hogar Seguro; Renuncia.  Para mayor garantía de pago

secure payment of the Note, Borrower, in confor-
del Pagaré, el Deudor Hipotecario, de conformidad con las leyes

mity with the laws of the Commonwealth of Puerto
del Estado Libre Asociado de Puerto Rico, expresamente renuncia

Rico, expressly waives in favor of Lender his
a favor del Acreedor Hipotecario su derecho de hogar seguro so-

homestead and property rights, with all of the
bre la Propiedad con todos los usos y derechos que en la actua-

uses and rights which he presently possesses or
lidad posee o que pueda poseer en el futuro, expresamente

may in the future possess therein, expressly waiv-
renunciando a favor del Acreedor Hipotecario todos sus titulos,

ing in favor of the Lender all of his titles, rights
derechos e intereses de cualquier clase o descripción en la

and interests of nay kind or description in the
Propiedad y en los edificios en ella construidos, que actual-

Property and in the buildings constructed thereon,
mente o en el futuro posea.---------------------------------------

which he presently possesses or may in the future
--------------------------------------------------------------------

possess.-------------------------------------------------------
--------------------------------------------------------------------

--------------------ACCEPTANCE--------------------
--------------------ACEPTACION--------------------

---The appearing parties, Lender and Borrower,
---Los comparecientes, Acreedor y Deudor Hipotecario, aceptan

accept this Deed in its entirety and I, the
esta Escritura en su totalidad y Yo, el Notario, les hice las

Notary, made to the appearing parties the neces-
advertencias legales pertinentes a su otorgamiento.  Yo el

sary legal warnings concerning its execution. I,
Notario, adverti a los comparecientes de su derecho a tener

the Notary, advised the appearing parties as to
testigos presentes en este otorgamiento, a cuyo derecho renun-

their right to have witnesses present at this
ciaron.  Luego de haber sido leida esta Escritura por los

execution, which right they waived. The appearing
comparecientes, la ratifican totalmente y confirman que las

parties, having read this Deed in its entirety,
declaraciones contenidas en la misma reflejan fiel y exacta-

fully ratify and confirm the statements contained
mente sus estipulaciones, pactos y convenios, por lo que los

herein as the true and exact embodiment of their
comparecientes firman esta Escritura ante mi, el Notario, y

stipulations, covenants and agreements, whereupon
escriben sus iniciales en todas y cada una de sus páginas.---------

the appearing parties sign this Deed before me,
--------------------------------------------------------------------

Page 30 of 31      Puerto Rico Revised Form August 1996

the Notary, and place their initials on each and
------------------------------------------------
every page of this Deed.-------------------------
------------------------------------------------

---I, the Notary, do hereby certify and attest as
-Yo, el Notario, por la presente certifico y DOY FE de todo

to everything stated or contained in this Deed.--
lo declarado y contenido en esta Escritura.----------

---The subscribing Notary states that a title
search was performed by a third party, in which
he rests to prepare the present deed, which
search states the status of the above described
property in the Registry, the appearing parties
have seen the contents of the search and hereby
relief the subscribing Notary of any error on
said title search and of any changes may occur in
the Registry of Property, from the date said
search was performed to the day this deed is
presented in the Registry. I, the Notary Public,
**HEREBY ATTEST AGAIN**----------------------------

---El notario autorizante le muestra a los aquí comparecientes, un
Estudio de Título realizado por otra persona, en el cual el
descansó para preparar la presente escritura, que señala la
situación registral del inmueble, manifestando los aquí
comparecientes que conocen su contenido y que de buena fe
descansan en la veracidad del mismo, por lo que relevan al notario
de cualquier error en el mismo y de cualquier cambio que surja en
el Registro de la Propiedad, de la fecha en que se hizo dicho
Estudio, hasta la fecha en que se presente en dicho Registro esta
escritura. Yo, el Notario, **REPITO LA FE**.----------------------------



"I HEREBY CERTIFY THAT THIS IS A TRUE AND
EXACT COPY OF IT'S ORIGINAL AND OF THE
CERTIFIED COPY THAT HAS BEEN SUBMITTED
FOR RECORDING IN THE CORRESPONDING
PROPERTY REGISTRY".
NOTARY PUBLIC

Page 31 of 31          Puerto Rico Revised Form August 1996

# ESTUDIO DE TÍTULO



**CASO: BERMUDEZ DIAZ & SANCHEZ LLP**

**RE: B0015-471**
**POR: JACKELINE**

**FINCA NÚMERO:** 26,406, inscrita al folio 165 del tomo 577 de Bayamón Sur, sección I de Bayamón.

**DESCRIPCIÓN:**

**URBANA:** Solar número 44, manzana N, Jardines de Caparra, Juan Sánchez de Bayamón, Puerto Rico, con cabida de **336.00 metros cuadrados**. En lindes por el **NORTE**, con un camino sombreado, distancia de 14.00 metros; por el **SUR**, con la Calle Marginal Norte en igual distancia; por el **ESTE**, con el solar número 43, distancia de 24.00 metros; y por el **OESTE**, con el solar número 25, en igual distancia.

**NOTA:** Según copia anejada a la solicitud, la colindancia Oeste es el solar número 45, pero según la inscripción primera del tomo histórico la colindancia es el solar número 25 y no existe ninguna nota aclaratoria.

**TRACTO REGISTRAL:**
Se segrega de la finca #6,507, inscrita al folio 198 del tomo 408 de Bayamón Sur.

**DOMINIO:**

La finca consta inscrita a favor de CARMEN LILLIAM CORRALIZA RODRÍGUEZ, quien adquiere por compra a (no expresa), por el precio de $154,000.00, según consta de la escritura #94, otorgada en Bayamón, el 29 de marzo de 2010, ante la Notario Wanda M. Moreno Lugo, inscrito como Asiento Abreviado extendida las lineas el día 18 de febrero de 2015, en virtud de la Ley #216 del día 27 de diciembre de 2010, inscrito al folio 57 del tomo 1939 de Bayamón Sur, finca #26,406, inscripción 3ra.


Sujeta a Condiciones Restrictivas a través del Programa Bono de Vivienda: La Autoridad para el Financiamiento de la Vivienda ha concedido a los compradores la suma de $7,000.00 para gastos de cierre, por lo que impone las siguientes condiciones restrictivas: No podrá vender, donar, permutar o de cualquier otro modo transferir la propiedad sin el previo consentimiento de la Autoridad dentro de un periodo de 10 años a partir de la fecha de la escritura relacionada en la inscripción primera.

**PREVIA:**

Consta inscrito al folio 165 del tomo 577 de Bayamón, a favor de Eugenio Chinea Bonilla casado con Betty Calderón De Chinea, quienes lo adquirieron por compraventa de New Amsterdan Construction Corporation, por precio de $15,260.00, según consta de la escritura #3568, otorgada en San Juan, el 22 de octubre de 1964, ante el Notario Cristóbal Colón, finca #26,406, inscripción 1ra.

**GRAVÁMENES:**
I.   Afecta por su procedencia a:

     Servidumbres
     Condiciones Restrictivas sobre edificación y uso

II.  Afecta por sí a:

1.   **HIPOTECA:** En garantía de un pagaré a favor de Reliable Financial Services, Inc., h/n/c Reliable Mortgage, o a su orden, por la suma principal de $146,520.00, con intereses al 4 1/2% anual, vencedero el 1 de abril del año 2010, según consta de la escritura #95, otorgada en San Juan, el 29 de marzo de 2010, ante la Notario Wanda M. Moreno Lugo, inscrito al folio 57 del tomo 1939 de Bayamón Sur, finca #26,406, inscripción 3ra., como Asiento Abreviado extendida las lineas el día 18 de febrero de 2015, en virtud de la Ley #216 del día 27 de diciembre de 2010.

PÁGINA #2
FINCA #26,406

ESTUDIOS DE TITULO
SEGUROS DE TITULO

P.O. BOX 1467, TRUJILLO ALTO, P.R. 00977-1467
TELS. (787) 748.1130 / 748-8577 - FAX (787) 748-1143

Este documento NO es una póliza de Seguro de Título, por lo cual no debe utilizarse como tal. La responsabilidad de la entidad que preparó este Estudio de Título, está limitada a la cantidad pagada por la preparación de dicho Estudio de Título. Para completa  protección  deben  requerir  una  póliza  de  Seguro  de  Título.

2.   **HIPOTECA:** En garantía de un pagaré a favor de Reliable Financial Services, Inc. h/n/c Reliable Mortgage, o a su orden, por la suma principal de $10,000.00, con intereses al 4 1/2% anual, y a vencer el 1 de abril del año 2040, según consta de la escritura #96, otorgada en San Juan, el 29 de marzo de 2010, ante la Notario Wanda M. Moreno Lugo, inscrito al folio 57 del tomo 1939 de Bayamón Sur, finca #26,406, inscripción 3ra., como Asiento Abreviado extendida las líneas el día 18 de febrero de 2015, en virtud de la Ley #216 del día 27 de diciembre de 2010.

3.   Modificada la hipoteca por la suma de $146,520.00, en cuanto al principal que será ampliada por la suma de $148,975.00 y al interés que será al 3 1/4% anual, vencedero el día 1 de abril de 2043, según consta de la escritura #84, otorgada en San Juan, el 25 de marzo de 2013, ante la Notario Rosanna Rivera Sánchez, e inscrita al tomo Karibe de Bayamón Sur, finca número 26,406, inscripción 4ta., como Asiento Abreviado extendida las líneas el día 7 de diciembre de 2016, en virtud de la Ley #216 del día 27 de diciembre de 2010.

4.   **BITÁCORA:** Al asiento 1315, del diario 1315, el día 15 de agosto de 2014, se presenta la escritura #52, otorgada en San Juan, el 12 de agosto de 2014, ante el Notario Oscar Alejandro Rodríguez Vega, mediante la cual comparece la Autoridad para el Financiamiento de la Vivienda de Puerto Rico a acceder y consentir a título a que se inscriba la ampliación y modificación relacionada a la inscripción 4ta. Pendiente de calificación y despacho.

**REVISADOS:**

Registros de Embargos, Sentencias, Contribuciones Federales y Cuaderno de Bitácora Electrónica, el día 11 de abril de 2017.

**NOTA:** Existe un atraso en la entrada de información al sistema electrónico Ágora por el Registro a la fecha en que se realizó este estudio de título. De igual forma el nuevo Sistema Karibe bajo el cual se están digitalizando los libros históricos, presenta un atraso y muchos de los documentos no aparecen o no aparecen legibles en el mismo, por lo anterior no nos hacemos responsables de documentos no encontrados y errores cometidos por el Registro al igual que los atrasos que esto conlleve.

*EAGLE TITLE AND OTHER SERVICES, INC.*



lcp/em

